IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Friendship Edison Public Public Charter School Woodridge Campus
Plaintiff(s)

Case Number: 1:05CV02109 RMU

vs

Marian E. Murphy
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on November 4, 2005 at 10:58 AM, I executed service of process upon **TABATHA BRAXTON, SECRETARY, AUTHORIZED TO ACCEPT SERVICE OF ANTHONY A. WILLIAMS, MAYOR FOR THE DISTRICT OF COLUMBIA** at Executive Office of the Mayor, John A. Wilson Bldg. 1350 Pennsylvania Ave NW, Washington, DC 20004 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Tabatha Braxton is described as a Black Female, approximately 5' 5" tall, 120-130 pounds, Brown eyes, Black hair, and 35 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 4, 2005.

Date November 4, 2005.

_____
Mark Simons


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 4, 2005.

_____
My Commission Expires:
Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008

Ref.# 66710

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Friendship Edison Public Public Charter School Woodridge Campus
Plaintiff(s)

Case Number: 1:05CV02109 RMU

vs

Marian E. Murphy
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on November 4, 2005 at 11:21 AM, I executed service of process upon **TONIA ROBINSON, AGENT FOR THE DISTRICT OF COLUMBIA, AUTHORIZED TO ACCEPT SERVICE OF ROBERT SPANOLETTI, CORPORATION COUNSEL FOR THE DISTRICT OF COLUMBIA** at Office of Corporation Counsel, 441 4th Street NW 6th Floor South, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Tonia Robinson is described as a Black Female, approximately 5' 7" tall, 130-140 pounds, Brown eyes, Glasses, Brown hair, and 46 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

The cost of service is $10.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 4, 2005.

Date November 4, 2005.

_____
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 4, 2005.

_____

My Commission Expires:

Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008
Ref.# 66711