IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Friendship Edison Public Charter School Woodridge Campus
 Plaintiff(s)

Case Number: 1:05CV02109 RMU

vs

Marian E. Murphy
 Defendant(s)

### AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on November 14, 2005 at 8:10 PM, I executed service of process upon **MARIAN E. MURPHY** at 5019 11th St NE, Washington, DC 20017 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

Marian E. Murphy is described as a Black Female, approximately 5' 3" tall, 180-190 pounds, Brown eyes, Black hair, and 59 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 59 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 15, 2005.

Date November 15, 2005.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 15, 2005.

_____

My Commission Expires:   Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006