## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS,<br><br>    Plaintiff,<br><br>v.<br><br>MARIAN MURPHY, next friend of D.W. and D.W., individually,<br><br>and<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendants. | Civil Action No. 05-2109 (RMU) |

## **ORDER**

Upon consideration of Defendant District of Columbia's Motion to Dismiss, or, in the Alternative, for Summary Judgment, and any responses thereto, and the record herein, it is

ORDERED that Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, is GRANTED; and it is

FURTHER ORDERED that the Complaint herein is DISMISSED with respect to Defendant District of Columbia.

_____
United States District Judge