UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS<br><br>    Plaintiff<br><br>    v.<br><br>MARIAN MURPHY, as next friend of the minor child, D.W.<br>and<br>D.W., individually<br><br>AND<br><br>THE GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   **CIVIL ACTION NO. 05-2109 (RMU)**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

Upon consideration of Defendant District of Columbia's Motion to Dismiss, or, in the alternative, for Summary Judgment, and Plaintiff's Opposition to Defendant's Motion, it is

ORDERED: that Defendant District of Columbia's Motion to Dismiss, or, in the alternative, for Summary Judgment, is DENIED.

 

_____
United States District Judge