UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL * * * Plaintiff * * v. * * MARIAN MURPHY, et al * * Defendants * | Civil Action No. 05-2109 (RMU) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**

The Defendants, by and through its undersigned counsel, respectfully requests that the Court grant it an additional fourteen (14) days to file an answer to Plaintiff's Complaint. In support thereof, the Defendants states as follows:

1. That undersigned counsel has just received Plaintiff's complaint from Defendant Marian Murphy and as such would require additional time to review the complaint and prepare a responsive pleading and/or appropriate motion(s).

2. That an extension of time within which to file an answer to Plaintiff's complaint is necessary because Defendants cannot go forward in this contested matter without the assistance of counsel.

3. By filing this Motion, the Defendants do not waive their right to proper service or the right to move to dismiss on this ground.

1

4.	The Defendants submit that no party would be prejudiced by the requested extension of time.  Moreover, counsel for Plaintiff has indicated that he does not oppose the relief requested herein.

WHEREFORE, Defendants, Marian Murphy and D.M., respectfully request that this Honorable Court grant a fourteen-day extension of time, up to and including Monday, December 19, 2005, to file a response to the Complaint in this matter.

Respectfully Submitted,

_____/s/_____
Jude C. Iweanoge (DCB#493241)
1003 K Street NW, Suite 565
Washington, DC  20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: jci@iweanogesfirm.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL** * * * | |
| Plaintiff * | |
| * | Civil Action No. 05-2109 (RMU) |
| v. * * | |
| **MARIAN MURPHY, et al** * * | |
| Defendants * | |

**POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12

3. The interest of justice and the record herein.

Respectfully Submitted,

_____/s/_____
Jude C. Iweanoge (DCB#493241)
1003 K Street NW, Suite 565
Washington, DC  20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: jci@iweanogesfirm.com
Attorney for Defendants

3