UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL**     *<br>    *<br>    *<br>**Plaintiff**     *<br>    *    Civil Action No. 05-2109 (RMU)<br>**v.**     *<br>    *<br>**MARIAN MURPHY, et al**     *<br>    *<br>**Defendants**     * | |

**ORDER**

**UPON CONSIDERATION** of Defendants D.W. and Marian Murphy's Motion to Dismiss, and any memoranda in opposition thereto or support thereof, it is this _____ day of _____, 2005:

**ORDERED** that the Defendants' Motion to Dismiss be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the above-captioned matter be and hereby is dismissed with prejudice as to all Defendants; and it is

**FURTHER ORDERED** that the Plaintiff shall be and is hereby directed to pay to the Defendant the sum of $_____ toward the reasonable attorney's fees and cost incurred by the Defendant in defending this action; and it is further

**FURTHER ORDERED**_____

_____**SO ORDERED**.

_____
Hon. Ricardo M. Urbina
United States District Judge