**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRIENDSHIP EDISON PUBLIC | : | |
| CHARTER SCHOOL | : | |
| COLLEGIATE CAMPUS | : | |
| | : | |
|    Plaintiff | : | |
| | : | |
|       v. | : | **CIVIL ACTION NO.  05-2109 (RMU)** |
| | : | |
| MARIAN MURPHY, et al. | : | |
| | : | |
|    Defendants | : | |
| _____ | : | |

<u>ORDER</u>

Upon consideration of Defendants' Marian Murphy and D.W.'s Motion to Dismiss, or, in the alternative, for Summary Judgment, and Plaintiff's Opposition to Defendants' Motion, it is

ORDERED: that Defendants' Marian Murphy and D.W.'s Motion to Dismiss, or, in the alternative, for Summary Judgment, is DENIED.

_____
Ricardo M. Urbina
United States District Judge