UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC<br>CHARTER SCHOOL<br>COLLEGIATE CAMPUS,<br><br>        Plaintiff,<br>   v.<br><br>MARIAN MURPHY, *et. al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2109 (RMU)<br>)<br>)<br>)<br>)<br>) |

### PRAECIPE

The Court's attention is invited to the attached Memorandum Opinion issued March 15, 2006, in <u>IDEA Public Charter School</u> <u>v. Crystal Belton, *et al*.</u>, Civ. No. 05-467 (D.D.C.). That decision deals with the same issues concerning the Individuals with Disabilities Education Act that are presented in the pending Defendants' motion to dismiss the complaint herein.

                                                           Respectfully submitted,

                                                           ROBERT J. SPAGNOLETTI
                                                           Attorney General for the
                                                           District of Columbia

                                                           GEORGE C. VALENTINE
                                                          Deputy Attorney General
                                                           Civil Litigation Division

                                                           <u>/s/ Edward P. Taptich</u>
                                                           EDWARD P. TAPTICH [012914]
                                                           Chief, Equity Section II

|  |  |
|---|---|
|  | /s/ Carol E. Burroughs |
|  | CAROL E. BURROUGHS [415432] |
|  | Assistant Attorney General for the |
|  | District of Columbia |
|  | 441 4th Street, N.W., 6th Floor South |
|  | Washington, D.C. 20001 |
|  | (202) 724-6520 |
|  | (202)727-3625 (fax) |
| March 16, 2006 | carol.burroughs@dc.gov |