UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS, ) ) ) ) Plaintiff, ) ) v. ) ) MARIAN MURPHY, *et. al.*, ) ) Defendants. ) _____) | Civil Action No. 05-2109 (RMU) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Court's attention is invited to the attached Memorandum Opinion issued May 5, 2006, in <u>Friendship Edison Public Charter School, Chamberlain Campus</u> v. <u>Ebony Smith, *et al*.</u>, Civ. No. 05-2461 (D.D.C.). That decision deals with the same issues concerning the Individuals with Disabilities Education Act that are presented in the pending Defendants' motion to dismiss the complaint herein.

                                                                                         Respectfully submitted,

                                                                                         ROBERT J. SPAGNOLETTI
                                                                                         Attorney General for the
                                                                                         District of Columbia

                                                                                         GEORGE C. VALENTINE
                                                                                         Deputy Attorney General
                                                                                         Civil Litigation Division

                                                                                         <u>/s/ Edward P. Taptich</u>
                                                                                         EDWARD P. TAPTICH [012914]
                                                                                         Chief, Equity Section II

|  |  |
|---|---|
|  | /s/ Carol E. Burroughs |
|  | CAROL E. BURROUGHS [415432] |
|  | Assistant Attorney General for the |
|  | District of Columbia |
|  | 441 4th Street, N.W., 6th Floor South |
|  | Washington, D.C. 20001 |
|  | (202) 724-6520 |
|  | (202)727-3625 (fax) |
| May 12, 2006 | carol.burroughs@dc.gov |