**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRIENDSHIP EDISON PUBLIC | ) | |
| CHARTER SCHOOL | ) | |
| COLLEGIATE CAMPUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2109 (RMU) |
| | ) | |
| MARIAN MURPHY, *et. al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF FILING**

At the request of the Court and until the entire Administrative Record is available for filing, attached is the Hearing Officer's Decision dated September 28, 2005 which is the subject of this case.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

/s/ Carol E. Burroughs
CAROL E. BURROUGHS [415432]
Assistant Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6520
carol.burroughs@dc.gov

July 5, 2006