UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC ) <br> CHARTER SCHOOL ) <br> COLLEGIATE CAMPUS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARIAN MURPHY, *et. al.*, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 05-2109 (RMU) |

## NOTICE OF FILING

Attached is a copy of the Administrative Record except for transcripts of the hearings on August 18, 2005 and September 13, 2005. Transcripts are unavailable because the company under contract to the Student Hearing Office to produce the transcripts, Miller Reporting, has gone out of business. Upon information and belief, a new contract has not been signed, in part, because the Student Hearing Office has run out of funding for this purpose until the beginning of the new fiscal year. This attorney has CD recordings of both hearings and awaits the Courts instructions on whether to file the CDs.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

|  |  |
|---|---|
|  | /s/ Edward P. Taptich<br>EDWARD P. TAPTICH [012914]<br>Chief, Equity Section II |
|  | /s/ Carol E. Burroughs<br>CAROL E. BURROUGHS [415432]<br>Assistant Attorney General for the<br>District of Columbia<br>441 4th Street, N.W., 6th Floor South<br>Washington, D.C. 20001<br>(202) 724-6520 |
| July 18, 2006 | carol.burroughs@dc.gov |