**D.W. v. DCPS, Friendship Edison PCS**
**Civil Action No. 05-2109 (RMU)**

## Index of Record

| **Description** | **Page** |
|---|---|
| Hearing Officer's Decision, 9/28/05 | 1 |
| Plaintiff's Disclosure Letter dated 9/7/05 w/att. | 8 |
|     IEP from Village Learning Center dated 4/2/04 | 11 |
|     Educational Evaluation dated 8/31/04 | 18 |
|     IEP dated 9/17/04 | 22 |
|     Fax to Annie Pressley and letter dated 6/19/05 | 34 |
| Hearing Officer's Decision dated 9/1/05 | 37 |
| Interim Order dated 8/24/05 | 43 |
| Hearing Notice dated 8/24/05 | 44 |
| Motion for Continuance of Due Process Hearing dated 8/12/05 | 46 |
| Disclosure of Witnesses and Documents dated 8/11/05 | 47 |
|     Hearing Request dated 6/30/05 | 49 |
|     Settlement Agreement dated 6/22/04 | 54 |
|     Cognitive Psychological Evaluation dated 5/6/02 | 57 |
|     Psychological Report dated 5/20/00 | 64 |
|     Psychiatric Evaluation dated 7/23/04 | 70 |
|     Social Work Evaluation dated 8/19/04 | 73 |
|     Letter to Office of Compliance dated 12/18/04 | 77 |
|     Letter to DCPS Counsel dated 9/5/04 | 80 |
|     HOD dated 8/23/02 | 83 |

| | |
|---|---|
| Letter to Village Learning Center dated 3/26/04 | 87 |
| IEP dated 4/22/04 | 90 |
| New Addendum Meeting Page dated 5/25/05 | 99 |
| Letter to FEPC Re: Encounter Tracker Forms dated 6/19/05 | 102 |
| IEP dated 9/17/04 | 104 |
| Letter to Ideal PCS dated 5/7/02 | 109 |
| Section 504 Summary Meeting and Plan dated 4/24/01 | 111 |
| HOD dated 3/16 05 | 115 |
| DCPS Disclosure Notice dated 8/10/05 | 121 |
| Hearing Notice dated 7/20/05 | 125 |
| Request for Mediation and Hearing dated 6/30/05 | 127 |