# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## <u>CONFIDENTIAL</u>
### Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| D▇▇▇▇ W▇▇▇▇, Student, | ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: ▇▇▇-89 | ) | |
| | ) | |
| **Petitioner,** | ) | **Hearing Date: September 13, 2005** |
| | ) | |
| **vs.** | ) | |
| | ) | Held at: 825 North Capitol Street, NE |
| **The District of Columbia Public Schools,** | ) | Eighth Floor |
| **Friendship Edison PCS** | ) | |
| **Respondent** | ) | |

## <u>DECISION AND ORDER</u>

**Parent(s):**
Marian Murphy
5019 11th Street, N.E.
Washington, D.C. 20017

**Counsel for Parent:**
Fatmata Barrie, Esq
1008 K. Street, N.W.
Suite 500
Washington, DC 20001

**Counsel for LEA:**
Dalton, Dalton, Esq.
Dalton, Dalton & Houston
1008 Pendleton Street
Alexandria, VA 22314

**Counsel for SEA:**
Stephanie R. Moore, Attorney-Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

2005 SEP 28 PM 1: 25
DC PUBLIC SCHOOL SYSTEM

1

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### State Enforcement and Investigative Division

### Special Education Due Process Hearing

## I.  INTRODUCTION

On August 23, 2005, a Motion for a Continuance was granted to counsel for F.E. PCS.  The initial Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Fatmata Barrie, Esq.  The request alleges DCPS failed to provide appropriate special education services to the student, as required by D W's IEP.

A Due Process Hearing was reconvened on September 13, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002.  Stephanie R. Moore, Esq., Attorney-Advisor represented DCPS.  Paul S. Dalton, Esq., represented the LEA (F.E.PCS).  Fatmata Barrie, Esq., represented the parent.  Five- Day Disclosure Letters were entered into the record without objection of either party.  On behalf of the LEA (F.E.PCS):  Disclosure Letter dated September 7, 2005: Edison-01 through Edison-04.  On behalf of the parent: Disclosure Letter dated August 11, 2005: DW-1 through DW-17. DCPS did not introduce a Disclosure Letter.  Parent's counsel waived a formal reading of the Due Process Rights. Witnesses for DCPS- None. Witnesses for the parent: D██████ W██████ and Marian Murphy. Witnesses for the LEA (F.E.PCS): Charlene Glymph.

## II.  JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; the Individuals with Disabilities Education Improvement Act of 2004, Public Law 108-446; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III.  ISSUES

Whether DCPS denied the student FAPE by failing to provide appropriate services for the student, as required by the student's IEP?

2.

## IV.    SUMMARY OF RELEVANT EVIDENCE

This case involves allegations by parent's counsel that the LEA (Friendship Edison Public Charter School hereinafter "F.E.PCS) failed to provide warranted special education services required by D.W.'s IEP. According to parent's counsel, D.W.'s IEP required specific amounts of specialized instructions and psychological counseling. It is alleged F.E.PCS did not provide these special education services to DW for the 2004-2005 school years. F.E.PCS asserts and alleges that specialized instructions and related services were, in fact, provided to the student. It is further alleged that F.E.PCS offered an after-school tutoring program, which was also available to D.W.

At the commencement of the Due Process Hearing, DCPS, the SEA in this matter, entered a Motion to be dismissed, as DCPS had been a party to a previous Due Process Hearing concerning D. W. DCPS had settled all its outstanding issues. Parent's counsel did not object to the Motion. Counsel for F.E.PCS objected to the Motion stating that DCPS is a real party in interest. The Motion for Dismissal was granted. DCPS had resolved all of its outstanding issues at a Hearing on or about August 23, 2005. Counsel for F.E.PCS requested and was granted a continuance from the August 23, 2005 hearing date, which resulted in this present hearing. Additionally, the student was enrolled at F.E.PCS during the relevant period of time.

## V.    FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

1.    D.W. is a sixteen- (16) old District of Columbia resident and a student who attended the F.E.PCS during the 2004-2005 school years.

2.    D.W. is eligible for special education and related services. His most recent IEP dated April 22, 2004 indicates that his disability classification is learning disabled (LD).

3.    D.W.'s IEP recommended and required six- (6) hours of specialized instructions and thirty- (30) minutes of psychological counseling. DW was to receive these services in a combination setting of general education and special education classes.

3.

4.    Charlene Glymph, Director of Special Education at F. E. PCS, testified and concluded that F.E.PCS did provide appropriate amounts of specialized instructions and related services to D.W.  She had not observed the performance of the services.

5.    F.E.PCS did not have any encounter tracking forms to verify that the related services had been performed.

6.    Charlene Glymph explained that an outside consultant/contactor was the service provider who performed the related services.  The contractor was terminated and the encounter tracking forms were not provided to F. E. PCS.   However, prior to the dismissal, Ms. Glymph further explained that F.E.PCS had faxed a copy of the encounter tracking forms to the office of parent's counsel.   Parent's counsel denied the receipt of a facsimile that included encounter tracking forms.

7.    The Special Education Director at F.E.PCS indicated that specialized instructions were provided within an inclusion setting to D.W. The service provider did not testify.

8.    D.W. testified and concluded that he did not receive any specialized instructions or related services at F.E.PCS.  D.W. testified that he only received special education services once or twice. The student was a very credible witness.

## VI.    DECISION AND CONCLUSION OF LAW

In this case, the local education agency (LEA) F.E.PCS did not sustain its burden of proof. The fundamental issue in this matter is whether F.E.PCS provided D.W. with appropriate amounts of specialized instructions and related services.  A preponderance of the evidence supports the parent's contention that F.E.PCS failed to provide warranted special education services.  Of telling significance in this matter is the absence of encounter tracking forms, which verify the performance of related services and the best evidence to support the performance of services.  Here, in this instance, the LEA official explained that an outside contractor performed the services, but the contractor failed to leave encounter tracking forms after being dismissed by the LEA.

4.

To support this position, it is alleged that a copy of the encounter tracking forms had been provided to parent's counsel via a facsimile, but a copy of the form had not been retained by F.E.PCS. Parent's counsel denied receiving a copy of any encounter tracking forms via facsimile. Notwithstanding this set of events, the testimony of the petitioner, D.W., was clear, credible and probative. The student unequivocally declared he had only received special education services once or twice at F.E. PCS since his enrollment. Under this set of circumstances, the LEA has failed to provide a free appropriate public education (FAPE).

**Based upon the foregoing, IT IS HEREBY ORDERED:**

**1) Petitioner's request for relief is GRANTED.**

**2) Petitioner is the prevailing party.**

**3) The LEA shall, within fifteen- (15) school days of the issuance of the HOD, convene a MDT meeting to develop an appropriate compensatory education plan for D. W. to compensate for missed services for a period of seven months including specialized instructions and related services. Parent's counsel shall submit a Plan to the team.**

**4) In the event an agreed upon Plan cannot be developed. Parent's counsel and F.E.PCS counsel shall submit a Plan to the Hearing Officer and a determination shall be made on the appropriate amount of hours, form and format.**

**5) All communications and notices shall be sent through the parent's counsel.**

**6) Any delay in the above time frames caused by the parent or parent's counsel shall result in an extension of one day for each day of delay.**

**5.**

## VII.    APPEAL PROCESS

This is the **FINAL ADMINISTRATIVE DECISION.** Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

Date Filed: _09-28-05_

_____
**Charles R. Jones, Esq., Hearing Officer**

Date Issued: _9/28/05_

6.

# ATTENDANCE SHEET

| STUDENT'S NAME: | D██████ W████ (H██ 3) | |
|---|---|---|
| **HEARING DATE:** | SEPT. 13, 2005 (5:00) | |
| **PRINTED NAME** | **ON BEHALF OF DCPS OR STUDENT** | **TITLE** |
| Stephanie Ramplohn Moore | DCPS | Attorney advisoR |
| Haumata Barrie | Student | Attorney |
| Marian Murphy | Student | Grandmother |
| D██████ ██████ | Student | Self |
| Tamika Jon, | student | Attorney |
| PAUL DALTON | F.R.P.CS | ATTORNEYS |
| CHARLENE GLUPA | F.R.P.C.S | Dir. of SP.Ed. |
| Jessica Smith | FRPCS | |

_(signature)_
Impartial Hearing Officer

**FAX TRANSMISSION COVER SHEET**
**Dalton, Dalton & Houston P.C.**
**Attorneys at Law**
**1008 Pendleton Street**
**Alexandria, Virginia 22314**
**(703) 739-4300**
**FAX (703) 739-2323**

DATE:        September 7, 2005

TO:          Sharon Newsome

AT FAX:      202-442-5556

FROM:        Paul S. Dalton, Esq.

RE:          D██████ W██████ 5-day

NUMBER OF PAGES INCLUDING THIS PAGE:        29

ADDITIONAL INFORMATION:

---

**PLEASE DELIVER ASAP.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Law Offices
## DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile: (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

Paul S. Dalton*
Ellen Douglass Dalton*
William E. Houston+
Talib Abdus Shahid+
Laura E. Duos~
*ALSO ADMITTED IN D.C. & W.VA
+ ADMITTED IN D.C. & PA
~ADMITTED IN MD

September 7, 2005

**VIA FACSIMILE ONLY:** 202-626-0048

Ms. Fatmata Barrie, Esq.
Carpenter's Building
1003 K Street, NW
Washington, DC 20001

RE:    D████ W██████
DOB: ████89

Dear Ms. Barrie:

A Due Process Hearing has been scheduled for D████ W██████ on ███████ 13th pursuant to 34 C.F.R. 300.509(b)(1). The purpose of this letter is to provide you with the following list of witnesses and documents we may rely on in the hearing. This document is being submitted on September 7th after you agreed to give Edison a one - day extension.

## WITNESSES:

1. Mr. Michael Cordell, Principal Upper School F.E. CG Woodson Sen. Aca.
2. Mr. Wallace Henry, Academy Director, F.E.P.C.S.
3. Ms. Carlynn Ross, Special Education Coordinator, F.E.P.C.S.
4. Kia Lewis, school psychologist
5. Ms. Pimentel, regular education teacher
6. Barbara Frazier, regular education teacher
7. Mr. Smith, Transition teacher
8. Ms. Charlene Glymph, Director of Special Education, Friendship Schools

**Some of the above witnesses may testify by telephone or use a designee.**

## DOCUMENTS

Edison 01 –  IEP from Village Learning Center dated            04/02/04

| Edison 02 – Educational Evaluation | 08/31/04 |
| Edison 03 – IEP dated | 09/17/04 |
| Edison 04 – Fax to Annie Pressly re: counseling notes | 06/22/05 |

* We reserve the right to examine any witnesses disclosed by DCPS or the PARENT as if they were witnesses for our client and the right to rely on all other documents in the possession or previously filed or filed in a 5 Day Disclosure filed by the District of Columbia Public Schools (DCPS) or the PARENT or presented at the DPH.

Sincerely,

Paul S. Dalton, Esq.

cc: Student Hearing Office
    Mr. Michael Levy, DCPS Attorney-Advisor




**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
WASHINGTON, D.C.
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 2
Additional Comments:

### I. IDENTIFICATION INFORMATION

Student Name: Last _____ First _____ MI A

Student ID 0038270 3   Soc. Sec. No. _____ Age: 14   Grade 9

Gender ☑ M ☐ F   Date of Birth ____/87   Ethnic Group African American

Address _____ Washington D.C. 20017

☐ Non-attending   Attending School Village Learning Ctr   Home School Backus M.S

☐ Elem. ☐ Middle ☐ SHS ☐ CHS

Parent Marion Murphy

Address (if different from student): ☑ Parent ☐ Guardian ☐ Surrogate

Telephone: Home _____   Work 202 - 423 - 8159

### II. CURRENT INFORMATION

Date of this Meeting: 4/22/04

Date of Last IEP Meeting: 11/5/04

Date of Most Recent Eligibility Decision: 4/22/04

Purpose of IEP Conference:
☐ Initial IEP   ☑ Review of IEP
☐ Re-issued Eval   ☐ by ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate boxes:
☐ ESY A.T. ☐ TRANSPORTATION
☐ ESY ☐ TRANSITION

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirement | |
|---|---|---|---|---|---|
| Student: | English | English | English | Native Lang | |
| Parent: | English | English | English | Native Lang | |
| Home: | English | English | English | Native Lang | |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING Gen Ed/Spec Ed | FREQUENCY Hr. Min. DAY/M | PROVIDER by discipline | BEGINNING DATE mm/dd/yy | DURATION # wks/mos |
|---|---|---|---|---|---|
| Specialized Instruction | | 6 h W | Special Education Teacher | 4/20/2004 | 10 mos |
| Psychological Counseling | | .5 M W | Psychologist | 4/20/2004 | 10 mos |
| | | | | | |
| | | | | | |
| TOTAL | | 6.5 Hours Per Week | | | |

### V. Disability(ies)

Learning Disability

LD   ☐ (Check if Setting is general Ed.)

Percent of time in Special Ed. Instruction and Related Services
☒ 0-20% ☐ 21-60% ☐ 61-100%

Percent of time NOT in a Regular Education Setting

### VI. IEP TEAM (Participants in the development of the IEP):

Print and sign your name below.

EB Man   SPED Teacher

Keesha Blythe / Keesha Blythe   DCPS Placement Specialist

Marion Murphy / Marion Murphy   Parent

Dr. Myra N. Gallo / Dr. Myra Gallo   English Teacher

I, _____ with the consent of this IEP have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and I consent to the implementation of this IEP. I have read or had the IEP read to me, and I have received a copy of the Parental Safeguards and of my parent rights.

Parent/Surrogate Signature Marion Murphy   Date 4/22/04

District of Columbia Public Schools   Division of Special Education   IEP Page 1 of 2

11
EDISON – 01

| Student Name | D____ W_____ | Managing School | Village Learning Ctr | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | DD3827O5 | DOB ___55 | Attending School | | Page 2 of 4 |

VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

Academic Areas: (Evaluator) Jennifer Penn

Math Strengths:

D_____ is able to add & subtract

Impact of disability on educational performance / general education curriculum:

Weaknesses in math impact his ability to participate in mainstream courses

Reading Strengths:

Impact of disability on educational performance in general education curriculum:

Communication (Speech & Language) (Evaluator)

Strengths:

Impact of disability on educational performance in general education curriculum:

Motor/Health (Evaluator)

Strengths:

Impact of disability on educational performance in general education curriculum:

Social Emotional Behavioral Areas: (Evaluator) Jennifer Penn

Strengths:

D_____ is able to follow directions

Impact of disability on educational performance in general education curriculum:

Poor attending and social-relatedness impact peer relation

Cognitive/Adaptive Behavior (Evaluator)

Strengths:

Impact of disability on educational performance in general education curriculum:

Prevocational Skills: (Evaluator)

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available: WIAT 9/17/02
Main Cal. SS 79
Math Res. _____
See goal page: _____
Date: _____
Reg. Com _____
Rdg. Basic SS = 95
Written Ex. SS = 91
See goal page: _____
Date: _____

Score(s) When Available
Exp.Lang. _____
Rec. Lang _____
Artic _____
Voice _____
Fluency _____
Exp. Voc. _____
Rec. Voc. _____
See goal page: _____
Date: _____

Score(s) /Results When Available
_____
_____
_____
See goal page: _____
Date: _____

Score(s) When Available
V__ 93
C__ 94
FS__ 103
See goal page: _____
Date: 5/6/02

Score(s) When Available
_____
_____
See goal page: _____
Date: _____

Score(s) When Available
_____
_____
See goal page: _____
Date: _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

**I. IDENTIFICATION INFORMATION**

Student Name: W_____   First: D_____   MI: A

Student ID: 00382163   Soc. Sec. No.: _____   Age: 14   Grade: 9

Gender: ✓ M   F   Date of Birth: 1/89   African American

Address: _____ WASHington D.C. 20017

Attending School: Village Learning Ctr   Home School: BACKUS M.S.

Parent: Marion Murphy

Address if different from student: _____   Parent   Guardian   Surrogate

Telephone: Home _____   Work: 202-423-8159

**III. LANGUAGE**

| | Language | Language Used for Evaluation | Language Used in Conference | |
|---|---|---|---|---|
| Student | English | English | English | Native Lang |
| Parent | English | English | English | Native Lang |
| Home | English | English | English | Native Lang |

**IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY**

| Services | Setting | Frequency Hrs. Min. | | Provider by discipline | Beginning Date mo./day/yr. | Duration # weeks |
|---|---|---|---|---|---|---|
| Specialized Instruction | | 6h | W | Special Education | 4/22/2004 | 10 mos |
| Psychological Counseling | | 5M | W | Psychologist | 4/22/2004 | 10 mos |

TOTAL: 6.5 Hours Per Week

**V. Disability(ies):** Learning Disability

LD

Percent time in Special Education Instruction and Related Services:
☒ 0-20%   ☐ 21-60%   ☐ 61-100%

**VI. IEP TEAM (Participants in the development of the IEP):**

BFyMon   SpEd Teacher

Keesha Blythe / Keesha Blythe   DCPS Placement Specialist
Marian Murphy / Marion Murphy   Parent
DeMyra N. Gallo / DeMyra Gallo   English Teacher

Marion Murphy   4/22/04

_[signature]_

Received a

Copy of "The Caring For Our Students with Disabilities", a procedural Manual for Parents

Delivered at the Village Learning Center on  4/22/04

From _[signature]_

(NAME)

April 22, 04

DATE

_[signature: Marian Murphy]_

Parent / Recipient

_[signature]_

Delivered by

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ~~D_____ W_____~~   SCHOOL Village Learning Ctr DATE: 4/22/04

PARTICIPANTS:

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| EB Men | EB Men | SPED Teacher |
| Keesha Blythe | Keesha Blythe | DCPS Placement Specialist |
| Marian Murphy | Marian Murphy | Parent |
| DeMyra N. Gallo | DeMyra N. Gallo | English Teacher |

The MDT agrees that D_____ continues to be eligible for special education services as a child with a Learning Disability

→ Services    Specialized Instruction 16 hrs/W
              Psychological Counseling .5 Min/W

→ Combination General Education
→ Level III
→ Accomodations: extended time, small group, repeat and rephrase directions, calculator, ruler

 

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: MDT

Page: ___ of ___

STUDENT: ████ Will████   SCHOOL: Villiage Learning Cen   DATE: 4/22/04

Well ████ has difficulties with his writing
D████ is capable of doing the work.
When you sit with him to do the work,
D████ is able to perform the task
~~████████████████~~ D████ would
benefit from ~~████████~~ repeated/listed directions.
To help Delonta
become more organized, he could use
an assignment notebook to list daily
tasks ~~████~~ to be reviewed by classroom
teacher daily. D████ is also diagnosed w/
ADHD and ~~takes~~ Concerta 54mg daily
The MDT agrees that D████ continues to be
eligible for Special Education Services
as a child with a Learning Disability



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON D C

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____     MEETING DATE 4/27/04

STUDENT ~~████ W████~~     SCHOOL Villiage Learning Ctr

PARTICIPANTS (Print Name) | PARTICIPANTS: (Sign Name) | POSITION
--- | --- | ---
*E B Mllon* | *E B Mllen* | *D.O-A SPED / SPED teacher*
Keesha Blythe | Keesha Blythe | DCPS Placement Specialist
Marian Murphy | Marian Murphy | Parent Legal Guardian
DeMyra N. Gallo | DeMyra N. Gallo | English teacher

The purpose of today's meeting is to discuss current progress and review IEP.

Everyone present was introduced.

The parent was provided a copy of the procedural safeguards.

Ms Murphy, grandmother is concerned with ~~████~~ ~~being~~ able to formulating sentences.

In his previous IEP, ~~████~~ spelling & reading scores are within the expected range.

Ms GALLO, reports that ~~████~~ reads very

THE PARENT (IS PRESENT)   IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ~~████ W████~~

  CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

  IS TO BE EXITED FROM SPECIAL EDUCATION

EDUCATIONAL EVALUATION

Name: De████, W████                    School: F.E.C.A.
Date of Birth: ████1989                Grade: 10.0
Age: 14 years, 11 months
Sex: Male
Date of Testing: 08/31/2004

TESTS ADMINISTERED

*WJ III Tests of Achievement*

These tests provide measures of W████ academic achievement. A description of each ability is provided. His performance in each broad category is compared to grade peers using a standard score range. W████ proficiency is described categorically, ranging from limited to average; his test performance can be generalized to similar, non-test, grade-level tasks. Additional interpretation of academic task performance is provided.

ACHIEVEMENT

When compared to others in his grade, W████ academic achievement is in the average range in Reading Comprehension (reading vocabulary and the ability to comprehend connected discourse while reading).

Broad Written Language includes production of written text, including spelling ability, writing fluency, and quality of written expression. Although W████ overall written language standard score is within the average range, his performance varied on two different types of tasks measuring effective expression in written language. W████ performance is advanced on tasks requiring the ability to convey ideas in writing. His performance is limited on tasks requiring the ability to write rapidly with ease (automaticity), requiring minimal analytic attention or problem-solving.

Written Expression measures W████ fluency of production and quality of expression in writing. Although W████ overall written expression standard score is within the average range, he performed differently on two types of writing fluency tasks. W████ performance is advanced on tasks requiring the production and organization of ideas in writing. His performance is limited on tasks requiring the ability to write rapidly with ease (automaticity), requiring minimal analytic attention or problem-solving.

Broad Reading includes reading decoding, reading speed, and the ability to comprehend connected discourse while reading. W████ reading standard score is within the low average to average range (percentile rank range of 20 to 27; standard score range of 87 to 91) for his grade. His overall reading ability is limited; reading tasks above the grade 8.7 level will be quite difficult for him.

Math Calculation Skills measures W████ computational skills and automaticity with basic math facts. W████ mathematics calculation skills standard score is within the low average range (percentile rank range of 9 to 19; standard score range of 80 to 87) for his grade. His mathematics calculation skills are limited to average; math calculation tasks above the grade 9.0 level will be quite difficult for him.

Broad Math includes mathematics reasoning and problem solving, number facility, and automaticity. W████ mathematics standard score is within the low average range (percentile rank range of 9 to 17; standard score range of 80 to 86) for his grade. His overall mathematics ability is limited; math tasks above the grade 8.4 level will be quite difficult for him.

EDISON – 02

Educational Evaluation                                                                    Page 2
D_____, W_____
August 31, 2004

Academic Processing

W_____ academic skills are limited to average.  Specifically, his spelling is average.  His sight reading ability is limited to average.  W_____ math calculation skill is limited.

The fluency with which W_____ performs academic tasks is limited.  For example, his fluency with mathematics problems is limited to average.  His writing fluency is limited.  W_____ fluency with reading tasks is very limited.

Academic Applications.  W_____ writing ability is advanced.  His passage comprehension ability is limited to average.  His quantitative reasoning is limited.

TEST SESSION OBSERVATIONS

W_____ conversational proficiency seemed very advanced for his grade level.  He was exceptionally cooperative throughout the examination; his activity level seemed typical for his grade.  He appeared confident, self-assured, and attentive to the tasks throughout the examination.  He responded promptly, but carefully, to test questions, generally persisting with difficult tasks.

## SUMMARY

When compared to others at his grade level, W_____ overall level of achievement is average.  His fluency with academic tasks is low average.  His academic skills and his ability to apply those skills are both within the average range.

When compared to others at his grade level, W_____ performance is average in reading comprehension, written language, and written expression; and low average in broad reading, mathematics, and math calculation skills.

Educational Evaluation
D███████, Wi██████
August 31, 2004

Page 3

TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*
Report Writer for the WJ III, Version 1.1
Norms based on grade 10.0

| CLUSTER/Test | Raw | GE | EASY to DIFF | | RPI | PR | SS(68% BAND) | AE |
|---|---|---|---|---|---|---|---|---|
| TOTAL ACHIEVEMENT | – | 7.3 | 5.6 | 9.5 | 71/90 | 27 | 91 (90–92) | 12–9 |
| BROAD READING | – | 7.2 | 5.8 | 8.7 | 56/90 | 23 | 89 (87–91) | 12–7 |
| BROAD MATH | – | 6.3 | 4.8 | 8.4 | 62/90 | 12 | 83 (80–86) | 11–10 |
| BROAD WRITTEN LANG | – | 9.1 | 6.4 | 13.0 | 88/90 | 43 | 97 (94–101) | 14–10 |
| READING COMP | – | 7.6 | 5.1 | 10.8 | 79/90 | 30 | 92 (89–95) | 12–10 |
| MATH CALC SKILLS | – | 6.5 | 4.7 | 9.0 | 68/90 | 13 | 83 (80–87) | 12–0 |
| WRITTEN EXPRESSION | – | 8.7 | 5.9 | 13.0 | 86/90 | 40 | 96 (92–101) | 14–1 |
| ACADEMIC SKILLS | – | 8.0 | 6.2 | 10.7 | 79/90 | 29 | 92 (89–95) | 13–9 |
| ACADEMIC FLUENCY | – | 6.3 | 5.2 | 8.0 | 44/90 | 15 | 85 (83–86) | 11–10 |
| ACADEMIC APPS | – | 7.9 | 5.4 | 12.2 | 83/90 | 32 | 93 (89–97) | 13–1 |

Form A of the following achievement tests was administered:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 62 | 8.0 | 6.4 | 10.1 | 76/90 | 37 | 95 (92–98) | 13–6 |
| Reading Fluency | 54 | 7.1 | 6.2 | 8.1 | 21/90 | 22 | 88 (86–90) | 12–6 |
| Calculation | 22 | 6.7 | 5.2 | 8.9 | 66/90 | 21 | 88 (83–93) | 12–4 |
| Math Fluency | 75 | 6.1 | 3.8 | 9.0 | 70/90 | 12 | 82 (80–84) | 11–6 |
| Spelling | 43 | 9.9 | 7.1 | 12.9 | 90/90 | 49 | 100 (96–104) | 15–10 |
| Writing Fluency | 18 | 5.7 | 4.5 | 7.2 | 44/90 | 14 | 84 (80–88) | 11–2 |
| Passage Comprehension | 32 | 5.8 | 3.9 | 9.1 | 70/90 | 22 | 88 (83–93) | 10–11 |
| Applied Problems | 38 | 6.0 | 4.9 | 7.6 | 50/90 | 19 | 87 (83–90) | 11–7 |
| Writing Samples | 20-E | >18.0 | 16.2 | >18.0 | 98/90 | 99 | 138 (125–150) | >23 |
| Reading Vocabulary | – | 9.1 | 6.6 | 12.4 | 86/90 | 43 | 97 (94–101) | 14–7 |

Educational Evaluation                                                    Page 4
D_____, W_____
August 31, 2004

### Descriptions of WJ III Tests Administered

*Letter-Word Identification* measured W_____ ability to identify letters and words. He was not required to know the meaning of any word.

*Reading Fluency* measured W_____ ability to quickly read simple sentences, decide if the statement is true, and then circle Yes or No. He was asked to complete as many items as possible within a 3-minute time limit.

*Calculation* measured W_____ ability to perform mathematical computations. The items required him to perform addition, subtraction, multiplication, division, and combinations of these basic operations.

*Math Fluency* measured W_____ ability to solve simple addition, subtraction, and multiplication facts quickly. He was presented with a series of simple arithmetic problems to complete in a 3-minute time limit.

*Spelling* measured W_____ ability to write orally presented words correctly.

*Writing Fluency* measured W_____ skill in formulating and writing simple sentences quickly. He was required to write sentences relating to a given stimulus picture that includes a set of three words. This test had a 7-minute time limit.

*Passage Comprehension* measured W_____ ability to understand what is being read during the process of reading. Test items required W_____ to read a short passage and identify a missing key word that makes sense in the context of the passage.

*Applied Problems* measured W_____ ability to analyze and solve math problems. To solve the problems, he was required to listen to the problem, recognize the procedure to be followed, and then perform relatively simple calculations. Because many of the problems included extraneous information, W_____ needed to decide not only the appropriate mathematical operations to use but also what information to include in the calculation.

*Writing Samples* measured W_____ skill in writing responses to a variety of demands. He was asked to produce written sentences that were evaluated with respect to the quality of expression. W_____ was not penalized for any errors in basic writing skills, such as spelling or punctuation.

*Reading Vocabulary* measured W_____ skill in reading words and supplying appropriate meanings. He was administered three subtests: Synonyms, Antonyms, and Analogies. The first subtest required W_____ to read words and provide synonyms. The second subtest required him to read words and then provide antonyms. The third subtest required W_____ to read three words of an analogy and then provide the fourth word to complete the analogy.

DCPS - IEP Page 1 of 4
Additional Comments: ☐

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

**II. CURRENT INFORMATION**

Date of IEP Meeting: 9/17/04
Date of Last
IEP Meeting: 4/22/04
Date of Most Recent
Eligibility Decision: 9/17/04

**I. IDENTIFICATION INFORMATION**

Student Name: Last ___ First ___ MI ___

Student ID 0038703 Soc. Sec. No. ___ Age: 14 Grade 9

Gender ☒M ☐F Date of Birth ___ Ethnic Group *African American*

Address: ___ House No. ___ Street Name ___

*Washington, DC 20017*
City ___ State ___ Zip Code

Purpose of IEP Conference:
☐ Initial IEP   ☒ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: ___

☐ Non-attending
Attending School *S.E.C.A* Home School *Coolidge SHS*

☐ Elem. ☐ Mid/JHS ☒SHS ☐CWS I
Parent *Marion Murphy*
Address of (if different from student): ☐ Parent ☒ Guardian ☐ Surrogate

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| CSV | ☒ TRANSITION |

___ House No. ___ Street Name ___ Apt. No. ___ City ___ State ___ Zip Code
Telephone: Home ___ Work 2/ 423-8157

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Main Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | | Oral ___ |
| Parent | English | English | English | | Rdg./Written ___ |
| Home | English | English | | | Instrument: ___ Date: ___ |

**IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY**

| SERVICES | SETTING GenEd SpEd Ttl | FREQUENCY Hr/ Min D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos. |
|---|---|---|---|---|---|
| *Specialized Instruction* | 13.5 13.5 | 11. 10 | *Special Ed Teacher* | 9 20 04 | 10 mos |
| *Psychological Counseling* | .5 .5 | m 10 | | 9 20 04 | 10 mos |
| **TOTAL** | 13 14 | Hours Per Week | | | |

**V. Disability(ies)** *Learning Disabled*

LD

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☒ 21-60% ☐ 61-100%

Percent of time NOT in a Regular Education Setting ___ %

**VI. IEP TEAM** (Participants in the development of the IEP)    Print and sign your name below:

*Tamira Murphy* Parent *Tamira Murph*
*Charlene M.* Spec. Coordinator *Charlene Blym*
Psychologist
*Kirk Fall* Principal *___*
*Barbara Frazier* General Ed Teacher *Barbara Frazier*
*S. Green* LD Education

☒ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature *Tamira Murph* Date 9-17-04 IEP Page 1 of 4

District of Columbia Public Schools 07-02 2001 Division of Special Education Appendix - A

EDISON- 03

Student Name: ▮▮▮▮▮▮▮ W. ▮▮▮▮  
Student ID Number: DO 38 27 03  DOB: ▮▮ 89  

Managing School: Friendship-Edison College  DCPS - IEP  Page 2 of 4  
Attending School: F.E.C.A.

Additional Comments: ☐

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Score(s) When Available  
WJ-III

**Academic Areas: (Evaluator)** C. Williams

Math Strengths:  
▮▮▮▮ Calculation is on 6-7 grade level

Impact of disability on educational performance in general education curriculum:  
Calculation problems about 7th grade may be quite difficult for him.

Reading Strengths:  
Reading fluency is a strength at 7.1 grade lev

Impact of disability on educational performance in general education curriculum:  
Comprehension is limited at 5th grade level

| Score | Value |
|---|---|
| Math Cal | S-88 / 6.7 |
| Math Rea. | |
| See goal page: | |
| Date: | 9/17/04 |
| Rdg. Comp | S-92 / 7.6 |
| Rdg. Basic | |
| Written Exp | SS-138 / 18.0 / 7 |
| See goal page: | |
| Date: | 9/17/04 |

**Communication (Speech & Language) (Evaluator)**

Impact of disability on educational performance in general education curriculum:

Score(s) When Available  
Exp. Lang. ___  
Rec. Lang. ___  
Artic ___  
Voice ___  
Fluency ___  
Exp. Voc. ___  
Rec. Voc. ___  
See goal page: ___  
Date: ___

**Health (Evaluator)**

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available  
See goal page: ___  
Date: ___

**Social Emotional Behavioral Areas: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available  
See goal page: ___  
Date: ___

**Cognitive/Adaptive Behavior: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available  
See goal page: ___  
Date: ___

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available  
See goal page: ___  
Date: ___

District of Columbia Public Schools  07-02-2001  Division of Special Education  Appendix - A  IEP Page 2 of 4

23

| Student Name | W_____ | Managing School | | DCPS IEP Page 3 of 4 |
| Student ID Number: 0D0382733 | DOB | Attending School VLCPCS | | Goal Number: |

| VIII. SPECIALIZED SERVICES | Additional Comments: |
| | Area addressed by goal: SOCIAL-EMOTIONAL |

**ANNUAL GOAL:** (including mastery criteria)

D_____ will develop appropriate attending and social relatedness skills

Provider(s): School Counselor

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
| --- | --- | --- |
| Attend to tasks without becoming frustrated | | |
| Sit still during group activities | | |
| Attempt tasks before responding "I can't" or "I don't know how" | | |
| Attend to work time tasks until they are completed before moving on to another task | | |
| Participate in group activities | | |
| Demonstrating continuing growth in social interactions | | |
| Accept the give and take of interactions with peers and adults | | |

**EVALUATION PROCEDURE(S)**

(Portfolio) (Log) Chart Test Documented Observation Report Other _____

DCPS - IEP
Page 3 of 4

Student Name: ~~████████████~~

Student ID Number: 007 383703   Date of Birth: ~~██~~ 89

Managing School: ___ Attending School: NW/PCS   Goal Number: ___

**VIII. SPECIALIZED SERVICES**   Additional Committee: ___

Area addressed by goal: **Math**

ANNUAL GOAL (Including mastery criteria):

D█████ will demonstrate 1 years progress in applied Math skills moving him from grade level to grade level through Mastery of the following short term goals

Provider(s): General Ed and SPED teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (Include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Multiply 1 digit by 2 digits Multiply 2 digits by 3 digits with and without Regrouping with 70% accuracy | | Monthly |
| Divide by a 2, 3, digit divisor with and without a Remainder with 80% accuracy | | Monthly |
| Solve simple word problems involving 1, 2, 3 step operation with 80% accuracy | | Monthly |
| Add, substract, like, and unlike fraction with 70% accuracy | | Monthly |
| complete fractional computations with 70% accuracy | | Monthly |
| Identify the place value of a number with 80% accuracy | | Monthly |
| Student will complete fractional computations with 70% accuracy | | |

EVALUATION PROCEDURE(S):

(Portfolio)   Log   Chart   (Test)   (Documented Observation)   Record   Other ___

| Student Name | [redacted] W[redacted] | Managing School | VLPCS | DCPS ID: |
| Student ID Number | 000382703 | DOB | [redacted] 789 | Attending School | | Page 4 of 4 |

Additional Comments:

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?    Yes    No

Explanation for removal out of regular education classroom:

D[redacted] is unable to be academically successful in the general education classroom without proper support

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yy) |
| | GenEd | SpEd | Total | Hr/Min | D/W/M | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:        None needed

Timing/Scheduling:  Extended time
Setting:  Small group
Presentation:  Repeat and Rephrase direction, list of directions written
Response:
Equipment:  Calculator, ruler

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I  Tested with non-disabled peers under standard conditions without accommodations.

(Level II  Describe non-standard conditions for level III Tested under non-standard conditions with permissible accommodations.)

Level III  Portions.

Level III  (Describe accommodations for level III) Tested under standard conditions with special accommodations.

Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:        Modifications:

Reading                    Physical/Safety              Transition          Language Arts/English
(Mathematics)              (Social Emotional)           Vocational          Social Sciences
Written Expression         Physical Development         Independent Living  Biological & Physical Sciences
Other                                                   Speech-Language     Fine Arts
None       Apply annual goal(s), objectives and/or modifications to system barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| Maximum Inclusion → Combination/ General Education | Accept | None |
| General Education | reject | school failure |
| Out of General Education | reject | not LRE |

Modifications/Accommodations to address the harmful effects:

Specialized Instruction & Psychological Counseling

Location for Services

26




Received a

Copy of "The Caring For Our Students with Disabilities", a procedural Manual for Parents

Delivered at the Village Learning Center on  4/22/04

From

NAME

April 22, 04
DATE

Marian Murphy
Parent / Recipient

Delivered by

| Student Name: D█████ W██ | Managing Source: VLCPCS | DCPS ID# |
| Student ID Number: 00382203  DOB: ██/██/89 | Attending Source: | Page 4 of 4 |

Additional Comments:

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curriculum modification, accommodation and/or supplemental aids and services be used for a LRE setting in *regular education*?     Yes     No

Explanation for removal out of regular education classroom:

D█████ is unable to be academically successful in the general education classroom without proper support

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING Cont'd | SETTING Small | SETTING Total | FREQUENCY Hr/ Min | FREQUENCY D/W/M. | PROVIDER (by disciplines) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:     None needed

Timing/Scheduling: Extended time

Setting: Small group

Presentation: Repeat and Rephrase direction list & direction often

Response:

Equipment: Calculator, ruler

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I  Tested with non-disabled peers under state and conditions without accommodations.

Level III  Describe non-uniform conditions for level II. Tested under non-standard conditions with permissible accommodations.

Level V  Portfolio

Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:          Modifications:

| | | | |
|---|---|---|---|
| Reading | Physical/Sensory | Transition | Language Arts/English |
| (Mathematics) | (Social Emotional) | Vocational | Social Sciences |
| Written Expression | Physical Development | Independent Living | Biological & Physical Sciences |
| Other | | Speech/Language | Fine Arts |

None     Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| Maximum Exclusion → Combinatory) general education | Accept | None |
| General Education Out of general education | reject  reject | school failure not LRE |

Modification(s)/Accommodation(s) to address the harmful effects:

Specialized Instruction & Psychological Counseling

Location for Services:

28



Friendship Edison Collegiate
Public Charter School · Community Vision... World Class Education
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _D_____ W_____    SCHOOL _F. E. C. A_____    DATE _9/17/04_

| PARTICIPANT | PARTICIPANTS (Sign Name) | DISCIPLINE |
|---|---|---|
| Tamika Murphy | Tamika Murphy | parent |
| _____ Lisser | L. Lisser | Sp. Ed Teacher |
| _____ | Chatena Olympi | Gen Ed Teacher |
| Brian Beck | Brian Beck | Principal |
| Kya F. Lewis | Kya E. Lewis | Psychologist |
| Barbara Frozier | Barbara Frozier | Teacher (Gen) |

This meeting was convened following
the I.E.P. meeting where D_____ W_____
was found eligible for Special Education
services as a Learning Disabled Student.

The previous I.E.P. did not include transition
services. D_____'s I.E.P. was instructional hrs
were increased to accommodate his educational
and transitions needs from 6.5 to 13.5 hours

**Edison-Friendship College Academy**
*Carter G. Woodson Campus*
4095 Minnesota Avenue, N.E.
Washington, D.C. 20019



**Edison**
Schools

### IEP CONTINUATION PAGE

Student Name ~~_____~~ DOB ~~____~~/99 Date 9/17/04

Student ID Number 382703 School J.E.C.A.

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the *section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Section/Part I.E.P. Notes cont. Page 2 of 2 or Addendum _____ (Repeat for each section or part.)

His educational goals will be carried
over until they are mastered by the
student.




Friendship-Edison
Collegiate Academy
Carter G. Woodson Campus
4095 Minnesota Ave., NE
Washington, DC 20019

Friendship Edison
Public Charter School

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

MEETING DATE: 9/17/04

STUDENT: _____    SCHOOL: F. E. C.A.

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Skamba Tiswe | _____ | Sp. Ed. |
| Tamira Murphy | Tamira Murphy | Parent |
| | | Principal |
| | | Sp. Ed. teacher |
| Barbara Frazier | Barbara Frazier | Teacher (Geo.) |
| Lya E. Lewis | Lya Lewis | Psychologist / FECA |

*Procedural safeguards were explained and given to the parent and a receipt was signed for. This is a 30 day review.*

*Guardian representative (Ms. Murphy aunt) Grandmother is the legal guardian. The aunt is present in her place.*

*Concerns _____ is in Geometry and*

THE PARENT ☒ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING _____

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

☒ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

Page: 3 of ___

MEETING TYPE: _____

STUDENT: _____ DATE OF BIRTH: 9/20/89

SCHOOL: E.E.C.A DATE: 9/17/04

he has never mastered Basic Math
and Algebra. _____ is shy and structed
he does not seek

Special Education Teacher: _____
was given the WJ III during the first
weeks of school. his academic levels
were

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE:

Page: 2 of ___

STUDENT: ~~D███ W████~~   DATE OF BIRTH: ___/___/89
SCHOOL: F.F.C.A.   DATE: 9/17/04

_Psychologist_: D█████ will benefit from counseling services in the classroom setting.

The team has decided to
- Alter D██████ schedule from Geometry to Algebra I
- Guided Notes
- Tutoring after-school to remediate his skills in tutoring.
- D█████ does not have a transition plan. Meet w/ transition coordinator.



**Friendship-Edison Collegiate Academy**
**Carter G. Woodson Campus**
4095 Minnesota Avenue, NE
Washington, DC 20019
Phone: (202) 396-5500

# FAX COVER

Date: __6/22__ Time: _____ # of Pages (including cover): __16__

To: __ANNIE PRESSLEY__ From: _____

Fax: __626-0048__

**COMMENTS:**

Re: D▬▬▬ W▬▬▬

as requested

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for

Jun 22 2005 11:54am

<u>Last Fax</u>

| <u>Date</u> | <u>Time</u> | <u>Type</u> | <u>Identification</u> | <u>Duration</u> | <u>Pages</u> | <u>Result</u> |
|------|------|------|----------------|----------|-------|--------|
| Jun 22 | 11:48am | Sent | 6260048 | 5:59 | 16 | OK |

Result:
  OK - black and white fax

# Law Offices,
## Christopher N. Anwah, PLLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Panya Monford, Esq.
   (MD)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email:chrisanwahfirm@chrisanwahfirm.com

June 19, 2005

**By Fax: (202) 396-8229**

Mr. Wallace R. Henry III
Special Education Coordinator
Friendship-Edison Collegiate Academy
4095 Minnesota Avenue, N.E.
Washington, D.C. 20019

        RE:    De███ W█████
        DOB:  09/20/89

Dear Mr. Henry:

Our office is writing to request that Friendship-Edison Collegiate Academy ("FE") provide us with tracker forms for all specialized instructions and related services that De███ was entitled while attending FE and until he transferred out of FE. We are requesting that FE provide us this information no later than **Thursday, June 23, 2005 by close of business**. If you have any questions, you may contact the undersigned staff personnel at either (202) 626-0040 or (202) 270-9156.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for Christopher Anwah, Esq.
Attorney for De███ W█████

cc:    Client's file

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## <u>CONFIDENTIAL</u>

### Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E.  8th Floor
Washington, D.C.  20002
Facsimile:  (202) 442-5556

| | |
|---|---|
| In the Matter of ) | **IMPARTIAL DUE PROCESS** |
| ) | |
| D██████ W██████, Student, ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: ████-89 ) | |
| ) | |
| Petitioner, ) | Hearing Date: August 18, 2005 |
| ) | |
| vs. ) | |
| ) | Held at:  825 North Capitol Street, NE |
| The District of Columbia Public Schools, ) | Eighth Floor |
| High Road Academy School ) | Washington, D.C. 20002 |
| Respondent. ) | |

## <u>DECISION AND ORDER</u>

**Parent(s):**

Marion Murphy
5019 11th Street, N.E.
Washington, D.C.  20017

**Counsel for Parent:**

Fatamata Barrie, Esq.
Law Offices of Christopher Anwah, PLLC
1003 K Street, NW.
Suite 500
Washington, D.C.  20001

**Counsel for School:**

Michael Levy, Attorney- Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### State Enforcement and Investigative Division

### Special Education Due Process Hearing

## I.  INTRODUCTION

On July 20, 2005, a Request for a Due Process Hearing filed with the Student Hearing Office, by counsel for the parent, Fatmata Barrie, Esq. The request alleges DCPS failed to provide appropriate special education services to D███ W█████.

A Due Process Hearing was reconvened on August 18, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002.  Michael Levy, Esq., Attorney-Advisor, represented DCPS. Fatmata Barrie, Esq., represented the parent.  Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated August 11, 2005: DW-1 through DW-17.  On behalf of DCPS: Disclosure Letter dated August 10, 2005.  Parent's counsel waived a formal reading of the Due Process Rights.  Witnesses for the parent: Marian Murphy.  Witnesses for DCPS: no witnesses were available to render testimony.

## II.  JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III.  ISSUES

Whether DCPS denied the student FAPE by failing to provide appropriate special education and related services?

2.

## IV.    SUMMARY OF RELEVANT EVIDENCE

At the commencement of the Hearing, the parent's counsel entered a Motion for directed verdict, as DCPS did not have any witnesses to sustain its burden of proof. The Motion was granted. The grandparent testified that the student did not receive any special education services

## V.    FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

1.    De████ Wi████ is a fifteen- (15) year old student who is a resident of the District of Columbia and a student presently enrolled at the High Road Academy.

2.    DCPS failed to comply with a HOD dated and issued on March 16, 2005.

3.    DCPS failed to provided any encounter tracking forms, which verify the performance of related services.

4.    Marion Murphy concluded that De████ did not receive any special education services. De████ was involved in all regular education classes. This fact was not disputed by DCPS.

## VI.    DECISION AND CONCLUSION OF LAW

In this case, DCPS has failed to sustain its burden of proof. DCPS did not have any witnesses to verify the performance of related services. In light of the foregoing, a directed verdict was granted.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) DCPS shall, within thirty- (30) calendar days of the issuance of the HOD, conduct a Psycho-Educational Evaluation and a Neuro-Psychological Evaluation. In the event DCPS fails to timely perform the aforementioned evaluations, the parent is authorized to obtain these evaluations at DCPS expense pursuant to the Superintendent's Directive on outside consultant fees.

2) DCPS shall, within fifteen- (15) school days of receipt of evaluations to include independent evaluations, convene a MDT/IEP meeting to review all current evaluations, review and revise the student's IEP and discuss and determine an appropriate educational placement for the 2005-2006 school years.

3) In the event the appropriate placement is to a public school, DCPS shall issue a notice of placement within five- (5) schools days of the MDT/IEP team meeting. If the appropriate placement is to a non-public facility, DCPS shall issue a notice of placement within thirty- (30) calendar days of the MDT/IEP team meeting.

4) DCPS shall provide two- (2) years of Compensatory Education for D███████ Wilkins for missed services to include one-on one tutoring services and develop a Compensatory Education Plan including the form, hours and format for compensatory educational relief.

5) All communications and notices shall be sent through the parent's counsel. Parent's counsel shall provide DCPS with copies of independent evaluations at least seventy-two- (72) hours prior to convening a MDT/IEP meeting. In the event DCPS provides a written report concerning independent evaluations, DCPS shall provide the report to parent's counsel at least forty-eight- (48) prior to convening a meeting.

4.

6) **Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.**

## VI.    APPEAL PROCESS

     This is the **FINAL ADMINISTRATIVE DECISION.** Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____    Date Filed: 09-01-05
Charles R. Jones, Esq., Hearing Officer

Date Issued: _____

5.

# ATTENDANCE SHEET

| | | |
|---|---|---|
| **STUDENT'S NAME:** | ~~[illegible]~~ W~~[illegible]~~ (5:00) | |
| **HEARING DATE:** | AUGUST 18 2005 (HR-1) | |

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
|---|---|---|
| MICHAEL LEVY | DCPS | AJorg. ADVISOR |
| Fatmata Barrnie | Student | Atty. |
| Tamika Jones | Student | Atty. |
| Marian Murphy | Student | Grandmother (via Phone) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
Impartial Hearing Officer

42

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of:                                )
                                                 )       BEFORE A SPECIAL EDUCATION
◼◼◼◼◼ W◼◼◼◼◼                                      )
                                                 )       INDEPENDENT HEARING OFFICER
*Petitioner*                                     )
                                                 )
Vs.                                              )
FRIENDSHIP - EDISON                              )
                                                 )       STATE EDUCATION AGENCY
*Respondent*                                     )

## INTERIM ORDER

ON THIS DAY came on to be heard ___RESPONDENT___ 's Motion For Continuance in the above styled cause. After hearing the evidence and argument of counsel, the Motion For Continuance is:

_____ DENIED.

___✓___ GRANTED. The hearing is reset for _9_ A.M. / P.M. on _9-13-05_,

The Hearing Officer finds there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

_____ Petitioner's legal representative is unavailable. Diligent efforts have / have not been made to avoid or eliminate the scheduling conflict;

_____ Assigned DCPS attorney-advisor unavailable. DCPS has / has not made diligent efforts to have an attorney-advisor available;

_____ Witness unavailable. The party has / has not made diligent efforts to secure the witness;

_____ Parent or student unavailable;

_____ Conflict in the schedule of the assigned hearing officer. The Student Hearing Office has / has not made diligent effort to secure a replacement and no other hearing officer is available;

_____ Insufficient time allotted for the hearing. The time that was allotted is less than / equal to ( or more than) the time requested by the parent;

_____ No hearing room available. The Student Hearing Office has / has not made diligent efforts to secure a hearing room;

_____ Movant did not receive prior notice of the hearing;

___✓___ Other: THIS IS A TENTATIVE DATE & TIME FOR SCHEDULING PURPOSES PLEASE PROVIDE THE SHO WITH ALTERNATE DATES IF THE ABOVE WILL NOT WORK

The hearing request was filed on _____. The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is _____.

_8/24/2005_
**Issue Date**

SIGNED this date _8-23-05_

_____
**Independent Special Education Hearing Officer**

Original to SHO – Student's File
Copy To:      Parent - C/O :       _Fatmata Barrie_
              DCPS - C/O :
              Charter School - C/O :   _Paul Dalton, Esq_

43

| TRANSMISSION VERIFICATION REPORT | |
|---|---|

```
                                    TIME  : 08/25/2005 07:41
                                    NAME  : STUDENT HEARINGS OFF
                                    FAX   : 2024425556
                                    TEL   : 2024425432
                                    SER.# : BROH3J608601
```

```
DATE,TIME                    08/25  07:41
FAX NO./NAME                 96260048
DURATION                     00:00:29
PAGE(S)                      01
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# District of Columbia Public Schools
## Office of Compliance
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

X REVISED COPY

### HEARING NOTICE

MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO: Parent (or Representative): _E. BARRIE /P. DALTON_ Fax No.: _626 - 0048_

LEA Legal Counsel: _K. HERBERT_

RE: _W‗‗‗ D‗‗‗_ and (LEA) DOB: _9/20/89_
      Student's Name

FROM: __SHARON NEWSOME__
        Special Education Student Hearing Office Coordinator

DATE SENT: _8/24/05_

....................................................................

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

DATE: _9/13/05_          Con't f

TIME: _9:00 AM_          _8/18/05_

AT: 825 North Capitol Street, NE, Washington, DC

44

---

TRANSMISSION VERIFICATION REPORT

```
TIME  : 08/25/2005 07:42
NAME  : STUDENT HEARINGS OFF
FAX   : 2024425556
TEL   : 2024425432
SER.# : BROH3J608601
```

```
DATE,TIME            08/25  07:42
FAX NO./NAME         97037392323
DURATION            00:00:19
PAGE(S)             01
RESULT              OK
MODE                STANDARD
                    ECM
```

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



X REVISED COPY

### HEARING NOTICE

| MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:    Parent (or Representative): _F. BARRIE /P. DALTON_ Fax No.: _626-0048_

LEA Legal Counsel: _K. HERBERT_

RE: _W_____, D_____ and (LEA) DOB: _9/20/89_
       Student's Name

FROM: **SHARON NEWSOME**
      Special Education Student Hearing Office Coordinator

DATE SENT: _8/24/05_

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

DATE: _9/13/05_                    Con't f

TIME: _9:00 Am_                    8/18/05

AT: _825 N_____

45

Law Offices
## DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile: (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

Paul S. Dalton*
Ellen Douglass Dalton*
William E. Houston+
Talib Abdus Shahid+
Laura E. Duos~
*ALSO ADMITTED IN D.C. & W.VA
+ ADMITTED IN D.C. & PA
~ADMITTED IN MD


## MOTION FOR CONTINUANCE OF DUE PROCESS HEARING

August 12, 2005

|        |     |
|--------|-----|
| By Mail | ___ |
| By Fax  |  X  |

Student Hearing Office
ATTN: Ms. Sharon Newsome
825 North Capitol Street, N.E. 8th Floor
Washington, DC  20002

RE: D▮▮▮ W▮▮▮, DOB: ▮▮▮89

Dear Ms. Newsome:

On behalf of Friendship Edison Public Charter School, I respectfully request that the Due Process Hearing set for August 18, 2005 at 9:00 am, be continued. I will be unavailable because I will be out of town.

Given that I will be unavailable for this hearing. Please contact my office to schedule a new date.

Sincerely,

Paul S. Dalton, Esq.

cc: Fatmata Barrie, Esq.



# LAW OFFICES,
# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

August 11, 2005

W. Dexter, Esq.
Ideal Academy Public Charter School
100 Peabody Street
Washington, DC  20011

**Via Facsimile: 202-399-4387**

RE:   D█████ W██████
DOB:  ████/89

## Disclosure of Witnesses and Documents

Dear W. Dexter:

  Pursuant to the five-day rule set forth in 34.C.F.R. 509 (a) (3), attached is a list of witnesses and documents, which we intend to rely on for the upcoming Due Process Hearing scheduled for August 18, 2005 at 9am.

**Witnesses\***

1. Marian Murphy – Parent
2. D█████ W██████ – Student
3. Educational Advocate and/or her designee
4. High Road School Representative
5. Sharon Millis and/or designee – Expert and/or Knowledgeable Person in Special Educational
6. Social Worker and/or designee

*\*Witnesses may testify by telephone*

## Documents

DW-01   06/30/05 Hearing Request
DW-02   06/22/04 Settlement Agreement
DW-03   05/06/02 Cognitive Psychological Evaluation
DW-04   05/20/00 Psychological Report
DW-05   07/23/04 Psychiatric
DW-06   08/19/04 Social Work Evaluation
DW-07   12/18/04 Letter to Office of Compliance
DW-08   09/05/04 Letter to DCPS Counsel
DW-09   08/23/02 HOD
DW-10   03/26/04 Letter to Village Learning Center
DW-11   04/22/04 IEP
DW-12   05/25/05 New Addendum Meeting Page and Notes
DW-13   Letters to FEPC Re: Encounter Tracker Forms
DW-14   09/17/04 IEP
DW-15   05/07/02 Letter to Ideal PCS
DW-16   04/24/01 §504 Summary Meeting and Plan
DW-17   03/16/05 HOD

We reserve the right to disclose additional documents as they become available, the right to rely on Ideal's witnesses and evidence as if disclosed by parent and the right to rely on documents previously disclosed to counsel for any prior hearings or procedures. We also reserve the right to produce rebuttal witnesses and to object to expert witnesses without curriculum vitae. Should you have any questions or need additional information, please do not hesitate to contact me.

Sincerely,

Fatmata Barrie, Esq.

cc: SHO

48