**District of Columbia Public
Schools Division of Special
Education Washington, D.C.**

### NEW ADDENDUM MEETING PAGE
Attach to the IEP and check the box on page one.

Student Name ~~Dhruv Walton~~                     DOB ~~__~~ 89    DATE 5/25/05

Student ID Number 00382703                        School High Road Academy

**PARTICIPANTS: (Print Name)**          **PARTICIPANTS: (Sign Name)**          **DISCIPLINE**

Meghan Riordan                          Meghan Riordan                        Social Work

Marian Murphy                           Marian J. Murphy                      Parent/Mother

~~_____~~                          ~~_____~~                        Student

Annie R Pressley                        Annie R Presley                       Edu Advocate

Shanon Redman                           Redman                                Director

**INSTRUCTIONS:** Use this addendum, in an IEP/MDT meeting, when changing levels of services on an IEP section or part.
Discipline service providers must participate in the meeting. Attach addendum to the IEP and check the appropriate box on page one.

**Purpose of this meeting is to:**

assess within the 30 day review period the
appropriateness of placement and IEP.

---

### SERVICES TO BE ADDED TO THE IEP

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos | DATE ADDED mm/dd/yyyy |
|---|---|---|---|---|---|---|---|---|---|
| Psychological counseling | | 1.5 | 1.5 | hrs | w. | social worker | 5/25/2005 | 10 | 5/25/2005 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | | 1.5 | 1.5 | Hours Per Week | | | | | |

CURRENT IEP : Percent of time in Special Services
    0-20%    21-60%    61-100%

THIS ADDENDUM : Percent of time in Special Services
    0-20%    21-60%    (61-100%)

Describe:

Psychological counseling increased to include necessary
group therapy participation.

---

PARENT SIGNATURE FOR ADDITION(S) APPROVAL: Marian J. Murphy          DATE: 5/25/05

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ██████ W██████    SCHOOL High Road Academy  DATE: 5/25/05

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Meghan Riordan | Meghan Riordan | social worker |
| Marian Murphy | Marian Murphy | Grandmother |
| ██████ ██████ | ██████ ██████ | Student |
| ~~Annie R. Pressley~~ | ~~Annie R. Pressley~~ | Edu. Advocate |
| Shanon Redman | SRedman | Director |

Introductions made.
Copies of IEP and evals provided to educational
advocate and grandmother.
At 230 Ms. Harrison is attempted to be
contacted multiple times by Ms. Redman.
LEA unavailable. Mtg continues.
30 day review continues without her.
Based on information MDT team feels/
determined to be appropriate placement

for ▓▓▓▓ for current school year, ESY services as well as the academic year 2005-2006.

Student and guardian are in agreement c̄ summer school and placement.

Comp ed

Advocate requests tracker forms from 2005 — present students placement at High Road including all related services for the comp ed issues satisfaction.

Additionally team request

psychoeducational testing to be updated as it is expired (5/6/09) to be done within 30 days to assess additional needs possibility.

Further requested that psychological counseling be increased to 1.5 hours in order to participate in group counseling as well as individual counseling per the High Road Model.

It is noted that ▓▓▓▓ is behind in Math + Reading and is hoped to be an academic focus.

▓▓▓▓ reports doing well at this time. All are happy with High Road as a placement. Mtg adjourned.

101

DW-13

 **FILE**

# Law Offices,
## Christopher N. Anwah, PLLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Panya Monford, Esq.
    (MD)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email:chrisanwahfirm@chrisanwahfirm.com

June 19, 2005

**By Fax: (202) 396-8229**

Mr. Wallace R. Henry III
Special Education Coordinator
Friendship-Edison Collegiate Academy
4095 Minnesota Avenue, N.E.
Washington, D.C. 20019

RE:    D███ W█████
DOB:  ████/89

Dear Mr. Henry:

Our office is writing to request that Friendship-Edison Collegiate Academy ("FE") provide us with tracker forms for all specialized instructions and related services that D████ was entitled while attending FE and until he transferred out of FE. We are requesting that FE provide us this information no later than **Thursday, June 23, 2005 by close of business**. If you have any questions, you may contact the undersigned staff personnel at either (202) 626-0040 or (202) 270-9156.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for Christopher Anwah, Esq.
Attorney for D███ W█████

cc:    Client's file

102

# Law Offices,
# Christopher N. Anwah, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Panya Monford, Esq.
   (MD)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

DATE:
   June 19, 2005

TO:
   Mr. Wallace R. Henry III OR Designated Agent

COMPANY
   Friendship/Edison Collegiate Academy

FAX NUMBER:
   (202) 396-8229

FROM:
   Christopher Anwah, Esq./Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  2

MESSAGE: DOCUMENT REQUEST RE: TRACKER FORMS FOR D██████ W█████
  DOB: ██████/89

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

**I. IDENTIFICATION INFORMATION**

DCPS - IEP Page 1 of 4
Additional Comments: ☐

**II. CURRENT INFORMATION**
Date of IEP Meeting: 9/7/04
Date of Last IEP Meeting: 4/22/04
Date of Most Recent Eligibility Decision: 9/17/04

Student Name: Last _____ First _____ M _A_
Student ID 0038-27-03 Soc. Sec. No. _____ Age: 14 Grade 9
Gender ☒M ☐F  Date of Birth _____ Ethnic Group: African American
Address _____
Washington, DC 20011

Purpose of IEP Conference:
☐ Initial IEP          ☒ Review of IEP
☐ Requested Eval.      ☐ 3yr Re Eval.

Indicate Level of Standardized Assessment: III

☐ Non-Attending
Attending School: S.E.C.A    Home School: Coolidge SHS

☐ Elem. ☐ MM/JHS ☒SHS ☐CWS I

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|----------|----------------|
| ESY      | ☒ TRANSITION   |

Parent: Marion Murphy
Address of (if different from student): _____
☐ Parent ☒ Guardian ☐ Surrogate

Telephone: Home _____ Work 2/ 423-8155

**III. LANGUAGE**

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | |
| Parent | English | English | English | |
| Home | English | English | | |

To be completed by Office of Bilingual Education, English and Math Proficiency Assessment
Oral: _____
Rdg./ Written: _____
Instrument: _____
Date: _____

**IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY**

| SERVICES | SETTING Gen'l Spec'l Total | FREQUENCY Hr./Wk DW/M. | PROVIDER By (service) | BEGINNING DATE mm/dd/yyyy | DURATION # wk's/mos |
|---|---|---|---|---|---|
| Specialized Instruction | 18.75 | hrs. | W | Special Ed. Teacher | 9/20/04 | 10 mos |
| Psychological Counseling | 5 | .5 | W | | 9/20/04 | 10 mos |
| TOTAL | 15 | Hours Per Week | | | |

**V. Disability(ies)**  Learning Disabled
LD

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

☐ (Check if setting is general Ed.)

Percent of time NOT in a Regular Education Setting  60%

**VI. IEP TEAM (Participants in the development of the IEP)**

Print and sign your name below:

Maria Murphy - Parent - Tamika Murphy
Charlee M. - Spec. Coordinator - Charlene Blym
_____ - Psychologist - _____
_____ - Principal - _____
Barbara Frazier - General Ed Teacher - Barbara Frazier
S. Green - Special Education

_I AGREE_ with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature: Tamira Murph    Date 9-17-04

District of Columbia Public Schools    07-02 2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

104

| Student Name ~~[redacted]~~ | Managing School _Frontier-Edison College_ | DCPS - MV |
| Student ID Number _00392703_ | DOB ~~[redacted]~~-89  Attending School _Ed.Col_ | Page 2 of 4 |

**VII. Present Educational Performance Levels in Areas Affected by the Disability**

Additional Comments: ☐

**Academic Areas: (Evaluator)** _C. Williams_

Math Strengths:

_~~[redacted]~~ Dakubikin is on 6.7 grade level_

Impact of disability on educational performance in general education curriculum:

_Calculation problems above 7th grade may be quite difficult for him_

Reading Strengths:

_Reading fluency is a strength at 7.1 grade level_

Impact of disability on educational performance in general education curriculum:

_Passage comprehension is low-ished at 5th grade level_

**Communication (Speech & Language) (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Motor Health (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Social Emotional Behavioral Areas (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Cognitive/Adaptive Behavior: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Prevocational Skills: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

Math Cal _9-58 / 6. 7_

Math Res.

See goal page:

Date: _9/12/04_

Rdg. Comp _3 = 90 / 7.6_

Rdg. Basic

Written Ex _55=138 / 18-0 7_

See goal page:

Date: _9/12/07_

Score(s) When Available

Exp. Lang.

Rec. Lang.

Artic.

Voice

Fluency

Exp. Voc.

Rec. Voc.

See goal page:

Date:

Score(s) /Results When Available

See goal page:

Date:

Score(s) When Available

See goal page:

Date:

Score(s) When Available

See goal page:

Date:

Score(s) When Available

See goal page:

Date:

Mar. 1. 2005  4:39PM  Dalton, Dalton,& Houston                    No.8193  P. 10/23

| | |
|---|---|
| Student Name: ~~D████ W████~~ | Managing School: |
| Student ID Number: DD0382723  DCB | Attending School: VLCPCS |

DCPS - IEP
Page 3 of 4

Goal Number:

| VIII. SPECIALIZED SERVICES | Additional Comments: |
|---|---|

Area addressed by goal: **SOCIAL-EMOTIONAL**

**ANNUAL GOAL:** (including mastery criteria.)

D████ will develop appropriate Attending and Social Relatedness skills

Provider(s): **School counselor**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Attend to tasks without becoming Frustrated | | |
| Sit still during group activities | | |
| Attempt tasks before responding "I can't" or "I don't know how" | | |
| Attend to work time tasks until they are completed before moving on to another task | | |
| Participate in group activities Demonstrating continuing Growth in Social interactions | | |
| Accept the Give and take of Interactions with peers and adults | | |

**EVALUATION PROCEDURE(S)**

Sample  Log  Chart  Test  Documented Observation  Report  Other _____

Mar. 1. 2005  4:39PM    Dalton, Dalton,& Houston                No.8193   P. 11/23

Student Name: _____  Managing School: _____
Parent ID Number: 000 38703     School: _____ 189    Attending School: HD/PES

VII. SPECIALIZED SERVICES     Additional Comments:     Goal Number: ____

Area addressed by goal: **Math**

**ANNUAL GOAL** (including mastery criteria:)

D_____ will demonstrate 1 years progress in applied
Math skills moving him from grade level to grade
level through Mastery of the following short
term goals

Provider(s): General Ed and SPED Teacher

Consider: readiness, behavior, condition, degree and evaluation.

| SHORT TERM OBJECTIVES (in short mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Multiply 1 digit by 2 digits — Multiply 2 digits by 3 digits with and without regrouping with 70% accuracy | | Monthly |
| Divide by a 2,3, digit divisor with and without a remainder with 80% accuracy | | Monthly |
| Solve simple word problems involving 1, 2, 3 step operation with 80% accuracy | | Monthly |
| Add, substract, like, and unlike fraction with 70% accuracy | | Monthly |
| complete fractional computations with 20% accuracy | | Monthly |
| Identify the place value of a number with 80% accuracy | | |
| Student will complete fractional computations with 80% accuracy | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other ____

District of Columbia Public Schools    7-01-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

107

Mar. 1. 2005 4:40PM    Dalton, Dalton, & Houston                    No.8193    P. 12/23

| Student Name | D_____ W_____ | Managing School | VLCPCS | DCPS-R? |
| Student ID Number | 0078270? | DC3 ___ /8? | Attending School | ?? | Page 2 of ? |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
**SERVICE ALTERNATIVES**

Can curricular modification, accommodations and or supplemental aids and services be used for a LRE setting in regular education?    Yes    No

Explanation for removal out of regular education classroom.

> D_____ is unable to be academically successful in the general education classroom without proper support

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies) | | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
| | Gen Ed | Sp Ed | Total | Hr/ Min | Daily/Wkly | | |
| | | | | | | | | |

Check and list modifications and/or accommodations, for testing:    None needed

| Timing/Scheduling | Extended time |
| Setting | Small group |
| Presentation | Repeat and Rephrase direction list of direction |
| Response | |
| Equipment | Calculator, ruler |

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I   Tested with non-disabled peers under standard conditions without accommodations.

(Level III  Describe nonuniform conditions for am XII)
Tested under nonstandard conditions with permissible accommodations

Level V  Portion:

Level II   Describe accommodations (for level II) Tested under standard conditions with special accommodations:

Level IV  (Describe the alternate assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

| Reading | Physical/Safety | Transition | | Modifications: | Language Arts/English |
| (Mathematics) | (Social Emotional) | Vocational | | | Social Sciences |
| Written Expression | Physical Development | Independent Living | | | Biological & Physical Sciences |
| Other: | | Speech/Language | | | Fine Arts |
| None | | | | | |

Apply annual goal(s), objective(s) and/or modifications to address, barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| Maximum Inclusion → Combination/ General Education | Accept | None |
| General Education Out of General Education | reject reject | School failure not LRE |

Modifications/Accommodations to address the harmful effects:

Specialized Instruction & Psychological Counseling

Location for Services

District of Columbia Public Schools    07-22-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

108

# Dr.George Rutherford III

# Principal

# Ideal      Academy,Public

# Charter School

## 100 Peabody St. N.W.

## Washington,     DC 20011

Marian Murphy
5019 11th Street N>E>
Washington DC 20017
May 7, 2002

Dis

Mr. Rutherford:

In September 2001,the beginning of the school year, I came to you with the transfer for D█████ W████, along with his 504 plan for his learning disability from his previous school and his Psychological report. I discussed a plan with you for a review and a plan for educational assistance for ADHD. ADHD was diagnosed before he came to Ideal. He has recently been retested and the diagnosis remains the same. I was told by you a plan would be put into effect and he would be retested by your school. This never happened, to this date you have never mentioned testing nor implemented any type of special help.He never received any help for ADHD fro Ideal School. According to my manual for the District Government, it states private or public schools are in Violation of State and Federal law if provisions are not made for persons, with learning disabilities. Mr Tundi, Earth Science, Mr Akelle Social Studies,and Ms. Marina –Spanish, have all told me There is nothing wrong with him as far as having a disability, yet on all of their progress reports, Is stated by the teachers, he is working below his ability, he is distracted, his attention span is short. These are all symptoms of ADHD.

After I went to the Advocates for Justice, Attorney Chike Ijeabuonwu, mental and now physical, Harassment has happened to him at your school. On April 10,2002 , after half the school year Has passed , without any misconduct from him, he is accused of using profanity in Spanish class And threatened suspension by Mr. Kenan, Assistant Principle,.yet no adult , teacher nor guest Could point him out as using profanity. This caused him a lot of mental anguish thinking he was Going to be suspened for something he did not do. He was under a doctors care, from April 11, Thru April 15,2002, a doctor's statement was sent to your school. After returning to Ideal on April 15th, he was again attacked, physically this time. Mr. David McCoy, attacked him for no Reason that he can understand. On April 18, after seeing his face, when I picked him up, I Attempted to come on the school grounds to see you and I was prevented by Mr. David McCoy Himself. Mr. McCoy told me Mr. Rutherford is off the school premises.

Because of his attack he is under medical care, and psychiatric care. I called you on April 19, And spoke to Ms. Gainor in the office, I left a message for you to call me, I have not received A call from you or any officials at your school.

The Fourth District Police, have been in touch with you .According to the detective, I spoke to On May 3,2002 he is waiting for a list of the students who witness the attack or who was in The class as the time and to speak to Mr. Jason, Physical Ed. Teacher who had knowledge Of the attack. I understand Mr. Jason, made you aware of the attack on D████. The Officer states each time he has been there Mr. Jason has been unavailable. I would like to Know what action has been taken against Mr.McCoy, and what can be done to safely permit D████ to complete his time at your school thjs year or can some other method of completing This term be put into effect as soon as possible.

● Page 2

May 7, 2002

Medical reports, pictures of injury are available.

Sincerely,

Mrs. Marian Murphy

cc:

Ms. Linda Mckay
DC Public Chartered School Board

Mr. Justin Blum,
Washington Post

NAACP Northwest Branch

Congresswoman, Elenore Norton Holmes

Attorney Chike Ijeabuonwu
Advocate for Justice

Advocate For Justice Child Abuse unit

Kevin Chavous, Councilmember

110

DW-16

# PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS

## SECTION 504 SUMMARY OF MEETING

To the Parents/Guardians of: De_____ W___    Date of Meeting: 4-24-01
Student Number: 000 382 703    Date of Birth: ___-89
School: Berkshire Elementary School    Grade 6

**I.    Purpose of the Meeting:**

Review Section 504 Plan

**II.    The Following Determinations Were Made:**

- Communication regarding assignments between parent/grandmother and team of teachers.
- Parent/grandparent will review homework at home.
- Ask for help with work if needed.
- Student will turn in completed assignments.

**III.    Results:**

Plan was revised for the next school year. The plan will be reviewed in September 2001.

**IV.    Suggested Follow-Up:** (e.g. referral for follow-up care, special transportation, referral to other agencies, refer for Special Education Screening).

1. _____    By: _____

2. _____    By: _____

3. _____    By: _____

**V.    Members Present:**

| Name (Signatures) | Title |
|---|---|
| Heather M. Hanna | RRT |
| Isoke J. Nim | Classroom teacher |
| Rhonda G Tenenbaum | Counselor |
| Aneece H Sowden | SCP |
| Sandra Collins | Comer SDP Facilitator |
| Joanne Zemlin | Reading Specialist |

PS-163G (2/99)
PGIN 7540-3080          White:  Parent/Guardian          Canary: Cumulative Folder          111

Marian M____-Grandmother

## PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS
# Section 504 Accessibility Plan

| School Berkshire Elem. | Disability Condition ADHD | | Meeting Date 4/24/01 |
|---|---|---|---|
| Student # 000 382 703 | Check One: ___ Initial Plan  ✓ Review Plan | Date To Be Reviewed Sept. 2001 | |

| Accommodations/Services | Responsible Person | Time Line |
|---|---|---|
| Communication regarding assignments between parent/grandmother and team of teachers (communication via homework planner, Phone, Internet (if available) | Teachers Mother/Grand-mother | Daily |
| Check with teachers if help is needed. Ask Grandmother to check work. Write assignments in notebook. Turn in completed assignments | D▓▓ W▓▓▓ | Daily |
| | | |

| | Title | Review Result | Comments: |
|---|---|---|---|
| ___ | Counselor | ___ Successful/Continue | |
| ✓ | Reading Specialist | ___ Revise (see new plan) | |
| ___ | Comer SDP Facilitator | ___ Refer for Special Education | |
| = | Speech Lang Pathologist | | |
| = | RRT | | |
| = | Grandmother | | |

Page 1 of 1

White Copy: Student Cumulative Folder          Canary Copy: Parent/Guardian          Pink Copy: Teacher

# PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS
## Section 504 Accessibility Plan

| Student | D███ W███ | School | Berkshire Elem. | Disability Condition | ADHD | Meeting Date | 1/24/01 |
|---|---|---|---|---|---|---|---|
| Date of Birth ██/89 | Grade 6 | Student # 000 382 703 | | Check One: ___ Initial Plan  ✓ Review Plan | Date To Be Reviewed Sept, 2001 | | |

| Problems Identified | Accommodations/Services | Responsible Person | Time Line |
|---|---|---|---|
| Does not complete and turn in classwork and homework assignments | Communication regarding assignments between parent/grandmother and team of teachers (communication via homework planner, Phone, Internet (if available) | Teachers Mother/Grand-mother | Daily |
| | Check with teacher if help is needed. Ask Grandmother to check work. Write assignments in notebook. Turn in completed assignments | D███ W███ | Daily |
| | | | |
| | | | |

**Team Members:**

| Name | Title |
|---|---|
| Rhonda Tenenbaum | Counselor |
| ████████ ███████ | Reading Specialist |
| Sandra Billing | Corner SDP Facilitator |
| ████████ ███████ | Berkshire Elem. |
| ████████ ███████ | 6R1 |
| ████████ ███████ | Principal/Teacher |

**Review Result**

___ Successful/Continue
___ Revise (see new plan)
___ Refer for Special Education

**Comments:**

Page 1 of 1

PS 163B (2/99)
PGIN 7540-3080

White Copy: Student Cumulative Folder    Canary Copy: Parent/Guardian    Pink Copy: Teacher

3

Prince George's County Public Schools
Upper Marlboro, Maryland 20772

## Parental Permission for Psychological Services

☑ I hereby give my consent for my son/daughter, D_____ W_____

Birth Date _____ 89 at Berkshire ES

School to receive the below indicated psychological services.

☐ Individual Psychological Counseling      ☐ Group Psychological Counseling

☑ Other (Specify) ____ attentional screening ____

_____

☐ Psychological Evaluation which **may include one or all** of the following:

- An intelligence test, individually administered, to assess general current level of intellectual functioning.
- Perceptual test(s), individually administered, to assess general maturational level of perceptual
- An achievement test, individually administered, to assess grade level of school achievement.
- Projective tests(s), individually administered, to assess general current level of emotional functioning.
- A diagnostic interview conducted to further assess general level of functioning.
- Additional diagnostic instruments as may be indicated by the specific problems presented.

When an evaluation has been completed, an interpretive conference with parents and professional staff relative to results and recommendations will be conducted. The Psychological Evaluation Report will be maintained in a Limited Access Folder available for review as prescribed by Board of Education Record Policy and Procedures (Number 5125).

I have been given the opportunity to ask any questions pertaining to the above items and have received necessary information relative to my questions.

**Shannon Holmes Psy. M.**
*Certified School Psychologist*

**Oxon Hill Staff Dev. Center**
*Office*

**(301) 749-4384**
*Phone*

May 2, 2000
*Date*

_____
*Signature of Parent/Guardian*

6409 Penn. Ave # 202
*Address*

Forestville MD. 20747

(301) 576-5774 (H) (301) 853-3102 (w)
*Phone*

5-2-00
*Date*

114

03/16/2005  10:03  2024425556  STUDENT HEARINGS OFF  PAGE 04
Case 1:05-cv-02109-RMU    Document 15-9    Filed 07/18/2006    Page 17 of 34

DW-17

# District of Columbia Public Schools
## State Enforcement and Investigation Division
### **_confidential_**

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL** |
| | ) | **DUE PROCESS HEARING** |
| D███████ W███████, student | ) | |
| Date of Birth: ███████, 1989 | ) | |
| | ) | |
| Petitioner, | ) | **DECISION AND ORDER** |
| | ) | |
| versus | ) | |
| | ) | Request Date:  February 3, 2005 |
| | ) | Hearing Date:  March 8, 2005 |
| Friendship-Edison Pub. Charter School | ) | |
| | ) | |
| and | ) | Held at:  825 North Capitol Street, NE |
| | ) | Eighth Floor, Hearing Room 2 |
| The District of Columbia Public Schools, | ) | Washington, D.C. 20002 |
| Home School: Not listed, | ) | |
| Attending: Friendship-Edison Pub. C. S., | ) | |
| | ) | |
| Respondent. | ) | |

**Parent:**

Marian Murphy
5019 11th Street, NE
Washington, D.C. 20017

**Counsel for the Parent/Student:**

Fatmata Barrie, Esq.
**Christopher N. Anwah, P.A.**
1010 Vermont Avenue, NW, Suite 600
Washington, D.C. 20005

i

Counsel for Friendship-Edison PCS:

Paul S. Dalton, Esq.
**Dalton, Dalton & Houston, P.C.**
1008 Pendleton Street
Alexandria, Virginia 22314-1837

District of Columbia Public Schools:

Michael Levy, Esq., Attorney-Advisor
**Office of the General Counsel, DCPS**
825 North Capitol Street, NE 9th Floor
Washington, D.C. 20002

An INDEX of NAMES is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant witnesses. The index will be detached before release of this DECISION & ORDER as a public record.

ii

# INDEX of NAMES for D████ W█████

**Hearing Date:** March 8, 2005

Appearing on behalf of DCPS: None.

Appearing on behalf of the parent/student: None.

No testimony was received.

iii

## INTRODUCTION

On February 3, 2005, Counsel for the Parent filed the herein Request for Mediation/ Hearing on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) and Friendship-Edison Public Charter School (FEPSC) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent complained of violation of the SETTLEMENT AGREEMENT entered into by the parties on June 24, 2005.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 11:00 A.M., Tuesday, March 8, 2005 at DCPS Headquarters, Hearing Room 2, 825 North Capitol Street, NE 8th Floor, Washington, D.C. 20002. The hearing convened as scheduled.

## JURISDICTION

The hearing convened under Public Law 105-17, The Individuals with Disabilities Education Act Amendments of 1997, 20 United States Code 1400 et. seq.; Title 34 of the Code of Federal Regulations, Part 300; and Title V of the District of Columbia Municipal Regulations.

## SUMMARY of the EVIDENCE and FINDINGS of FACT

By facsimile dated March 1, 2005, DCPS disclosed 6 witnesses along with a Motion to Join Party and a Motion to Compel a Specific Witness; the Motions were also dated March 1, 2005.

By facsimiles dated February 16th, March 1st and 7th, 2005, the parent disclosed 6 witnesses and 12 documents.

By facsimile dated February 16, 2005, FEPCS disclosed 7 witnesses and 2 documents. The documents were placed into the record and are referenced/footnoted herein where relevant.

On March 2, 2005, Counsel for FEPCS filed a Motion for Dismissal against FEPCS that was GRANTED on March 7, 2005.

As a preliminary matter, DCPS moved that the March 7, 2005 ORDER dismissing FEPCS as a party be set aside representing that issues in the Request for Mediation/Hearing concerned FEPCS; that DCPS expected the three Motions to be ruled upon at the instant hearing.

Here, the hearing officer GRANTED the Motion to Set Aside the March 7, 2005 ORDER dismissing FEPCS as a party as it related to issues of compensatory education from the date of matriculation of the student to FEPCS to the date of this DECISION & ORDER.

The hearing officer ordered the hearing forward of the issue of breach of the June 24, 2004 SETTLEMENT AGREEMENT, Parent Document No 2.

Counsel for the Parent represented that on June 24, 2004 the parent and DCPS agreed to independent evaluations and an MDT meeting; that the parent forwarded the independent evaluations to DCPS, requested an MDT meeting both from the previous Attorney-Advisor and the Office of Complianc, DCPS, and that, to date, DCPS had done nothing to convene the agreed upon MDT meeting.

1 of 3 pages

DCPS did not controvert.

The hearing officer directed a **Finding for the Parent: Denial of FAPE, failure to perform as agreed in the June 24, 2004 SETTLEMENT AGREEMENT** and ordered the hearing forward on the issue of educational benefit at the High Road Academy of Washington, D.C.

DCPS stipulated to educational benefit for the student at the High Road Academy of Washington D.C.

In consideration of the foregoing, the hearing officer made the following

## ORDER

1. On an interim basis with transportation for the balance of the 2004-05 School Year, DCPS shall place and fund the student at the High Road Academy of Washington, D.C.

2. Within 30 days of matriculation of the student at the High Road Academy of Washington, D.C., DCPS will convene an MDT/IEP/Placement meeting during which evaluations will be reviewed, the IEP reviewed and revised as appropriate and placement discussed and determined. If a DCPS placement is recommended, a Notice of Placement will be issued within 5 schooldays of the said meeting; if a non-public placement is recommended, a Notice of Placement will be issued within 30 days of the said meeting.

3. At the said MDT/IEP/Placement meeting, the form, amount and delivery of compensatory education up to the date the student matriculated to FEPCS, if any, will be discussed and determined. For disputes under this paragraph, DCPS or the parent may request a hearing.

4. For the said MDT/IEP/Placement meeting, scheduling is to be through and notices are to be sent to Counsel for the Guardian Parent except that, for everyday of unavailability of parent/educational advocate/Counsel for the Guardian Parent, the deadline herein will be extended one day. For

2 of 3 pages

disputes under this paragraph, with the burden of proof on DCPS, documentation of the parties will be relied upon to determine the good faith of each party.

4. Issues concerning compensatory education from the date of matriculation of the student at FEPCS to the date hereof are reserved to the parties, respectively.


This is **THE FINAL ADMINISTRATIVE DECISION.** Appeal can be made to a court of competent jurisdiction within thirty (30) days of the issue date of this decision.


H. St. Clair, Esq., Hearing Officer        Date: MARCH 15, 2005


Issued: 3-16-05
Student Hearing Office, DCPS


3 of 3 pages

120

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/11/2005 17:01
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK3J760429
```

```
    DATE,TIME                   08/11  15:40
    FAX NO./NAME                3994387
    DURATION                    01:21:28
    PAGE(S)                     74
    RESULT                      OK
    MODE                        STANDARD
                                ECM
```

121

# LAW OFFICES,
# CHRISTOPHER N. ANWAH, PLLC

**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

DATE: 08/11/05

TO: W. Dexter, Esq.

COMPANY: Ideal Academy Public Charter School

FAX NUMBER: 202-399-4387

FROM: Fatmata Barrie, Esq.

RE: 5-day for D███████ W████

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET    76

MESSAGE:

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### ***CONFIDENTIALITY NOTICE***

The pages accompanying this facsimile transmission contain information from the Law Office of Christopher Anwah, PLLC, which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000  Fax # 202-442-5098
*www.k12.dc.us*

August 10, 2005

Fatmata Barrie, Esquire
Christopher Anwah's Law Offices
Attorney at Law
1003 K Street, NW
Suite 500
Washington, D.C.  20001

<u>**By Facsimile: 202-626-0048**</u>
<u>**Number of Pages:   2**</u>

*Re:* **D██████ W██████**
   *DOB:* ███/89
   *ID#:*

## *Disclosure Notice*

Dear Ms. Barrie:

At the upcoming due process hearing in the above-referenced matter, that is scheduled for **Thursday, August 18**[th] **at 9:00 a.m**. and pursuant to **34 C.F.R. 300.509(a)(3).** In addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents:

## Witnesses

MaryLee Phelps*, or her designee(s), Interim Chief for Sp. Ed. Reform, Sp. Ed. Div.
Carol Helton*, or her designee(s), Assistant Director, School Support Services
Linda Smalls*, or her designee(s), Compliance Specialist, Sp. Ed. Div.
Koliwe Moyo*, or her designee(s), Compliance Specialist, Sp. Ed. Div.
Principal, High Road School
Special Education Coordinator, Ideal Public Charter School
Special Education Teacher, Ideal Public Charter School
Dwight Thomas, or his designee(s), Placement Specialist/Monitor, Sp. Ed. Div.
School Psychologist, Sp. Ed. Div.
Speech/Language Pathologist, Sp. Ed. Div.
Clinical Psychologist, Sp. Ed. Div.
Social Worker, Sp. Ed. Div.

*Witnesses who may testify by telephone

*Children First*

123

Page 2
Disclosure Notice for D▮▮▮▮ W▮▮▮▮, DOB: ▮▮▮/89

DCPS reserves the right to rely on any documents/witnesses presented by the parent if it deems relevant in this case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at 202/442-5172.

Sincerely,

Karen J. Herbert
Attorney Advisor

cc:     Student Hearing Office

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 07/21/2005 08:18
                              NAME  : STUDENT HEARINGS OFF
                              FAX   : 2024425556
                              TEL   : 2024425432
                              SER.# : BROH3J508601
```

```
DATE,TIME                07/21  08:17
FAX NO./NAME             96260048
DURATION                 00:00:28
PAGE(S)                  01
RESULT                   OK
MODE                     STANDARD
                         ECM
```

# District of Columbia Public Schools
## *Office of Compliance*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8ᵀᴴ Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

MEMORANDUM VIA: [✓] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:  Parent (or Representative): _F. BARRIE/W. DEXTER_  Fax No.: _626 - 0048_
                                                                  _399 - 4387_

LEA Legal Counsel: _K. HERBERT_

RE:  _W████, D██████_ ___ and (LEA) DOB: _██/██/89_
        Student's Name

FROM:  __SHARON NEWSOME__
        Special Education Student Hearing Office Coordinator

DATE SENT: ___7/20/05___

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_6/30/05_. Please be advised that the hearing has been scheduled for:

DATE: ___8/18/05___                                              125

TIME: ___9:00 AM___

TRANSMISSION VERIFICATION REPORT

```
                                        TIME : 07/20/2005 14:27
                                        NAME : STUDENT HEARINGS OFF
                                        FAX  : 2024425556
                                        TEL  : 2024425432
                                        SER.# : BROH3J608601
```

```
    DATE,TIME              07/20  14:26
    FAX NO./NAME           93994387
    DURATION               00:01:17
    PAGE(S)                01
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# District of Columbia Public Schools
## *Office of Compliance*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: ☑ FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:  Parent (or Representative): _F. BARRIE/W. DEXTER_  Fax No.: _626-0048_
_399-4387_

LEA Legal Counsel: _K. HERBERT_

RE:  _W_____, D_____ and (LEA) DOB: _____/89_
Student's Name

FROM:  **SHARON NEWSOME**
Special Education Student Hearing Office Coordinator

DATE SENT:  _7/20/05_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_6/30/05_. Please be advised that the hearing has been scheduled for:

DATE:  _8/18/05_                                                    126

TIME:  _9:00 AM_

# LAW OFFICES,
# CHRISTOPHER N. ANWAH, PLLC

**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

DATE: 06/30/05

TO: SHO

COMPANY: SHO

FAX NUMBER: 202-442-5556

FROM: Fatmata Barrie, Esq.

RE: Hearing Request for D████ W██████

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET      06

MESSAGE:

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### ***CONFIDENTIALITY NOTICE***

The pages accompanying this facsimile transmission contain information from the Law Office of Christopher Anwah, PLLC, which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

127

1 – D̶e̶l̶a̶n̶e̶ W̶i̶l̶l̶i̶s̶ (DOB: ██/89)

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## EXPEDITED REQUEST FOR MEDIATION/HEARING

➤ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**
➤ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002.   Fax number 202-442-5556**

---

**Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:**

___ **I REQUEST MEDIATION** ___ **I REQUEST MEDIATION AND A HEARING  _X_ I REQUEST A HEARING**

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name:  D███████ W████S _____ DOB:  ██/89 _____

Address: ___████████████████████, D.C. 20017 _____
Present School of Attendance: HIGH ROAD ACADEMY  Home School: UNKNOWN
                                            (Neighborhood school where child is registered)
**COMPLAINT IS MADE AGAINST:    DCPS, IDEAL PCS, and FEPC** _____
                            DCPS and/or D.C. Public Charter School (specify)

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name:  _MS. MARION MURPHY_ _____

Address:  _5019-11TH STREET, N.E., ASHINGTON, D.C.  20017_ _____

Phone:  (H) __(202) 832-1048_____  (W) _____  (Fax) _____

Relationship to Student: ___ Parent ___ Self _X_ Legal Guardian ___ Parent Surrogate ___ Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable): _____

Name:  Fatmata Barrie, Esq.  (Christopher Anwah's Law Office)  Phone:  (W) (202) 626-0040 ___

Address:  1003 K Street, N.W., Suite 500, Washington, D.C.  20001  Fax: (202) 626-0048 _____

2 – D█████ W██████ (DOB: ██/██/89)

1.  You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:  __July 25, 2005_____    ___July 26, 2005_____    ___July 27, 2005_____
Mediation: _____    _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2.  Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

Interpreter
___ Foreign Language _____
___ Sign Language _____

3 – D█████ W██████(DOB:█████/89)

Other _____

Special Communications _____

Special Accommodation for Disability _____

Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
   (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem**: Counsel for parent and student incorporates all previous IDEA violations in prior HODs, Settlement Agreements, Disciplinary Hearings, and Parent/Teacher Conferences.

**DCPS, IDEAL PCS & Friendship/Edison have failed to provide FAPE because it:**

1. Failed to provide student's triennials in a timely manner.
2. Failed to comply with the 03/16/05 HOD and to evaluate in all areas of suspected disabilities as recommended by the psychiatric evaluation. ie neuropsychological
3. Failed to provide the requested encounter tracker forms for all related services to determine compensatory education award owed to student.
4. Failed to complete initial evaluations and convene an MDT/IEP meeting to determine eligibility in a timely manner even though the grandmother has been requesting that DCPS provide her grandson with the services he needed since he was in the second grade when he started indicating signs of inattention.
5. Failed to provide special education services even though the grandmother provided evaluations to IDEAL PCS and the information from Maryland which indicated that he needed services.
6. Failed to develop an appropriate IEP because he has never received the full time intensive services he so desperately needed and his current IEP does not include the recommendations from his current evaluations and it is not yet a full time IEP.
7. Failed to provide all appropriate personnel at the last MDT/IEP as mandated by the IDEA.
8. Failed to provide D██████ with the appropriate educational services, related services, and placement from the second grade until his matriculation to High Road because although it was evident that D█████ had academic difficulties DCPS, Ideal PCS and FEPC did nothing to provide him with the intensive services that he needed.
9. Failed to provide compensatory education for the present and past denial of FAPE because problems 1 to 8 and for not convening a placement meeting when the Village Learning Center closed after the 2003-2004 SY.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**
**Did DCPS, IDEAL PCS & Friendship/Edison fail to provide D█████ FAPE when it:**

1. Failed to provide student's triennials in a timely manner.?
2. Failed to comply with the 03/16/05 HOD and to evaluate in all areas of suspected disabilities as recommended by the psychiatric evaluation. ie neuropsychological?
3. Failed to provide the requested encounter tracker forms for all related services to determine compensatory education award owed to student?
4. Failed to complete initial evaluations and convene an MDT/IEP meeting to determine eligibility in a timely manner even though the grandmother has been requesting that DCPS

Form 101

130

4 – D███ W██████ (DOB:███/89)

provide her grandson with the services he needed since he was in the second grade when he started indicating signs of inattention?

5.      Failed to develop an appropriate IEP because he has never received the full time intensive services he so desperately needed and his current IEP does not include the recommendations from his current evaluations and it is not yet a full time IEP?

6.      Failed to develop an appropriate IEP because he has never received the full time intensive services he so desperately needed and his current IEP does not include the recommendations from his current evaluations and it is not yet a full time IEP?

7.      Failed to provide special education services even though the grandmother provided evaluations to IDEAL PCS and the information from Maryland which indicated that he needed services?

8.      Failed to provide D█████ with the appropriate educational services, related services, and placement from the second grade until his matriculation to High Road because although it was evident that D█████ had academic difficulties DCPS, Ideal PCS and FEPC did nothing to provide him with the intensive services that he needed?

9.      Failed to provide compensatory education for the present and past denial of FAPE because of issues 1 to 8 and for not convening a placement meeting when the Village Learning Center closed after the 2003-2004 SY?

**Describe relevant facts relating to the problem:**

Since the 2nd grade D█████ has had problems with inattention, retaining information and fidgeting in the classroom setting. He attended Rudolph Elementary school and had his academics were poor. In 2000 a psychological evaluation was conducted and it found that D█████ needed a "highly structured classroom environment with limited distractions." He attended school in MD briefly but upon his move back to DC, D█████ attended Backus MS for the 7th and 8th grades and IDEAL PCS and his grandmother provided the evaluation and documentation that he was in need to specialized services. However, the school did not provide those services nor did they convene a meeting to determine appropriate services. Therefore, he was denied FAPE and as a result, he is owed compensatory education.

Additionally, although he has been diagnosed with ADHD, the schools have not provided him with services to address that disability. In fact, none of his IEPs has accommodations for ADHD but it was discussed in the meeting notes. During his attendance at Village Learning Center the school knew that he needed someone to sit with him for him to complete his work. However, that issue was never addressed in his IEP. When Village Learning Center closed, DCPS did not convene a meeting to determine an appropriate placement. Instead, the grandmother had to look for a school. Although she identified FEPC, it was not the right environment for D█████ because he was not progressing and FEPC was not providing him with the intensity of services that he needed. Therefore, he was denied FAPE and as a result, he is owed compensatory education.

On 06/24/04, DCPS and parent's counsel entered into a settlement agreement in which DCPS was to fund independent evaluations and convene a meeting. Although parent's counsel completed the evaluations, forwarded them to DCPS, DCPS did not convene the meeting within the time frame required. As a result, parent's counsel notified DCPS office of compliance of the violation but again, no response from DCPS. A hearing was finally filed and an HOD issued on 03/16/05 in which DCPS

5 ~ D██████ W██████ (DOB: ████/89)

was ordered to place and fund D█████ at High Road and convene a meeting within 30 days of his attendance at High Road. DCPS did not convene the meeting within the time frame required.

On 05/25/05, the parent's advocate attended an MDT meeting that was previously confirmed. However, DCPS' LEA representative did not attend but informed High Road Academy personnel to go forward with the meeting without her. The MDT/IEP meeting was to develop his IEP, discuss placement, and to discuss compensatory education, per HOD. Since the LEA was not present, DCPS did not issue a prior notice of placement, per the HOD or discuss compensatory education because Friendship/Edison and DCPS have failed to provide the advocate with the encounter tracker forms for all related services that were requested prior to D█████ being placed at High Road Academy. Also, the psychologist and psychiatrist were not present at the MDT meeting to discuss and to interpret the psychological evaluation and the psychiatric evaluation. The decision was made that D█████ needed a psycho-ed re-evaluation because it was expired. The team agreed that it was to be done within 30 days. However, that evaluation was not completed.

Although the grandmother has been trying to have services for D█████, there have been other settlement agreements and HODs, including some from 2002 that DCPS has violated. Therefore, the grandmother is bringing forth this complaint to induce DCPS, IDEAL and FEPC to comply with IDEA, the HOD and provide Delonte with an appropriate IEP and compensatory education for the past and present denial of FAPE.

**State how you would like to see the problem corrected:** Ms. Murphy is seeking the following relief: (1) DCPS, IDEAL and Friendship/Edison to fund an independent comprehensive evaluations for all suspected disabilities; (2) to convene the MDT/IEP meeting within five (5) days of receipt of the independent evaluations; (3) to develop an appropriate IEP; (4) to provide all appropriate related and transition services, including transportation; (5) to provide Advocate copies of all tracker forms for all related services to determine the amount of compensatory education owed to student; (6) to honor the "stay put" provision of the IDEA for D█████ to remain at High Road Academy until all issues have been resolved; and, (6) DCPS to provide compensatory education for the past and present denial of FAPE.

_____          _____June 30, 2005_____
Signature of Applicant/Parent (Required)                     Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**825 North Capitol Street, NE, 8ᵗʰ Floor**
**Washington, DC  20002  FAX:  (202) 442-5556**

| | |
|---|---|
| ***FOR OFFICE USE ONLY:*** | |
| Case Number: _____ | |
| Student ID#: _____ | |
| Form 101 | Revised 02/01/2003 |