UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS, | : : : : | | |
| Plaintiff, | : : | Civil Action No.: | 05-2109 (RMU) |
| v. | : : | Document No.: | 4 |
| MARIAN MURPHY, next friend of minor child, D.W., | : : : | | |
| and | : : | | |
| DISTRICT OF COLUMBIA, | : : | | |
| Defendants. | : | | |

## ORDER

### GRANTING DEFENDANT D.C.'S MOTION TO DISMISS

For the reasons stated in this court's memorandum opinion issued this 6th day of September, 2006, it is hereby

**ORDERED** that defendant D.C.'s motion to dismiss is **GRANTED.**

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge