UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS, | : : : : | |
| Plaintiff, | : : | Civil Action No.:   05-2109 (RMU) |
| v. | : | Document No.:   8 |
| MARIAN MURPHY, next friend of minor child, D.W., | : : : : | |
| and | : : | |
| DISTRICT OF COLUMBIA, | : : | |
| Defendants. | : | |

# O R D E R

### GRANTING DEFENDANT MURPHY'S MOTION TO DISMISS

For the reasons stated in this court's Memorandum Opinion issued this 21st day of September, 2006, it is hereby

**ORDERED** that defendant Murphy's motion to dismiss is **GRANTED.**

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge